Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Wildfire Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Wildfire Lighting<br>VFX Distributing |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 95-4255595 |

**4. Debtor's address**

**Principal place of business**

2908 Oregon Ct, Suite G1-G2
<br>Number    Street

Torrance        CA    90503
<br>City        State    ZIP Code

Los Angeles County
<br>County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City        State    ZIP Code

**5. Debtor's website (URL)**      https://wildfirelighting.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
<br>☐ Partnership (excluding  LLP)
<br>☐ Other. Specify: _____

| Debtor | Wildfire Inc. | Case number (if known) |
|--------|---------------|------------------------|
|        | Name          |                        |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

335122

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                    MM / DD / YYYY

        Case number, if known _____

| Debtor | Wildfire Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street | | |
| --- | --- | --- | --- |
| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Wildfire Inc. | Case number (if known) | |
|--------|---------------|------------------------|--|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1 / 10 / 2021
          MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

John Berardi
Printed name

Title Chief Executive Office

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date 1 / 11 / 2021
     MM / DD / YYYY

Kevin Ronk
Printed name

Portillo Ronk Legal Team
Firm name

5716 Corsa Ave 207
Number        Street

Westlake Village
City

CA
State

91362
ZIP Code

8052591412
Contact phone

kevin@portilloronk.com
Email address

241598
Bar number

CA
State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Wildfire Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *Insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express Card PO Box 981535 El Paso, TX, 79998 | | Credit Card Debt | | | | 110,005.12 |
| 2 | Laurence Friedman 2389 Century Hill Los Angeles, CA, 90067 | | Monies Loaned / Advanced | | | | 81,301.71 |
| 3 | Small Business Administration - Chase Bank PO Box 78039 Phoenix, AZ, 85062 | | | | | | 78,325.00 |
| 4 | Chase INK Card PO Box 6294 Carol Stream, IL, 60197 | | Credit Card Debt | | | | 34,366.78 |
| 5 | Nichia American Corporation 3625 Del Amo Boulevard Suite 325 Torrance, CA, 90503 | Tae Kim 2486973023 | Suppliers or Vendors | | | | 33,910.89 |
| 6 | Rust-Oleum Corp 11 Hawthorn Parkway Vernon Hills, IL, 60061 | Heather Kokesh / Neal Barry 2245224780 | Suppliers or Vendors | | | | 27,796.65 |
| 7 | TMT South Bay Business Park 1630 South Sunkist Street Anaheim, CA, 92806 | | Right to possession of 2908 Oregon Ct., Units G1-G2, Torrance CA | | | | 25,747.26 |
| 8 | BLC America 16310 Arthur Street Cerritos, CA, 90703 | Tomoko Nawata 7148894116 | Suppliers or Vendors | | | | 22,713.00 |

Debtor   Wildfire Inc.
_____
          Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  American Express Working Capital<br>PO Box 981535<br>El Paso, TX, 79998 | | | | | | 21,950.32 |
| 10  Wells Fargo Bank, NA<br>PO Box 51174<br>Los Angeles, CA, 90051 | Melina Chao<br>3104446524 | Monies Loaned / Advanced | | | | 20,113.25 |
| 11  Pinnacle Precision<br>5410 East La Palma Avenue<br>Anaheim, CA, 92807 | Todd Langius<br>7147773129 | Suppliers or Vendors | | | | 16,549.96 |
| 12  Adecco Employment Services<br>Dept LA 21403<br>Pasadena, CA, 91185 | Marianne Brooks<br>3106836837 | Suppliers or Vendors | | | | 6,762.43 |
| 13  Arrow Electronics<br>9201 East Dry Creek Road<br>Englewood, CO, 80112 | Cheryl Hellum<br>3035667035 | Suppliers or Vendors | | | | 6,420.86 |
| 14  Heilind Electronics<br>58 Jonspin Road<br>Wilmington, MA, 01887 | Kelly Miller<br>8187134828 | Suppliers or Vendors | | | | 6,186.00 |
| 15  Wolf Rifkin Shaplor & Schulman<br>11400 W. Olympic Blvd., 9th Floor<br>Los Angeles, CA, 90064 | Shadi Sahebghalam<br>3104784100 | Services | | | | 6,116.48 |
| 16  Continental Industries<br>1025 North Armando Street<br>Anaheim, CA, 92806 | Mike Moss<br>7146329190 | Suppliers or Vendors | | | | 4,714.00 |
| 17  Future Electronics<br>3255 Paysphere Circle<br>Chicago, IL, 60674 | Michael Nadeau<br>9787793012 | Suppliers or Vendors | | | | 3,975.20 |
| 18  Ernest Packaging Solutions<br>5777 Smithway Street<br>Los Angeles, CA, 90040 | Roxana Osegvera<br>3239233000 | Suppliers or Vendors | | | | 2,683.79 |
| 19  Century Spring<br>222 East 16th Street<br>Los Angeles, CA, 90015 | Adrian Yusuf<br>2137491466 | Suppliers or Vendors | | | | 2,090.00 |
| 20  1000 Bulbs<br>2140 Merritt Drive<br>Garland, TX, 75041 | Judy Barsoum<br>9722882277 | Suppliers or Vendors | | | | 1,894.00 |

1000 Bulbs
2140 Merritt Drive
Garland, TX 75041


Aavid Thermalloy
1 Aavid Circle
Laconia, NH 03246


Adecco Employment Services
Dept LA 21403
Pasadena, CA 91185


Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110


ADT
PO Box 650485
Dallas, TX 75265


AFLAC
821 Wynnton Road
Columbus, GA 31999


Am Trust North America
PO Box 6939
Cleveland, OH 44101


American Express Card
PO Box 981535
El Paso, TX 79998

American Express Working Capital
PO Box 981535
El Paso, TX 79998


APS Payments
5646 E Main Street
Suite 5
Mesa, AZ 85205


Arrow Electronics
9201 East Dry Creek Road
Englewood, CO 80112


Avalara
255 S King Street  Suite 1800
Seattle, WA 98104


Bender & Wirth
210 Pleasant Street Unit 1
Concord, NH 03301


Big Commerce
4 Four Points Drive
Building II First Floor
Austin, TX 78726


BLC America
16310 Arthur Street
Cerritos, CA 90703


Blue Shield of California
PO Box 749415
Los Angeles, CA 90074

California Dept of Fee and Taxation
PO Box 942879.
Sacramento, CA 94279

Century Spring
222 East 16th Street
Los Angeles, CA 90015

Chase INK Card
PO Box 6294
Carol Stream, IL 60197

Cloud 9 EPR Solutions Acumatica
76 Progress Drive
Suite 101
Stamford, CT  06902

Cloudflare
101 Townsend Street
San Francisco, CA 94107

Continental Industries
1025 North Armando Street
Anaheim, CA 92806

Coralvue Vue Technology LLC
38183 Commercial Court
Slidell, LA 70458

CRF Solutions
2051 Royal Avenue
Simi Valley, CA 93065

De Lage Landen
PO Box 41602
Philadelphia, PA 19101


Dell Computer
PO Box 5275
Carol Stream, IL 60197


Derek Fujimoto
2908 Oregon Court Suite G1
Torrance, CA 90503


DSX Voice
1 East Liberty 6th Floor
Reno, NV 89501


Echo
1157 Network Place
Chicago, IL 60673


Electri Cord Manufacturing
312 East Main Street
Westfield, PA 16950


Ernest Packaging Solutions
5777 Smithway Street
Los Angeles, CA 90040


Federal Express
PO Box 7221
Pasadena, CA 91109

Future Electronics
3255 Paysphere Circle
Chicago, IL 60674


GoDaddy
14455 N. Hayden Road
Suite 219
Scottsdale, AZ 85260


Harik Minassi Coale
25500 Hawthorne Blvd
Suite 2120
Torrance, CA 90505


Hartford
PO Box 660916
Dallas, TX 75266


Hawk Ridge Systems Solidworks
5707 Redwood Road
Suite 18
Oakland, CA 94619


Heilind Electronics
58 Jonspin Road
Wilmington, MA 01887


Kingscote Chemical
3778 Timberlake Drive
Richfield, OH 44286


Innovative
14271 Fern Avenue
Chino, CA 91710

Intertek
25800 Commercentre Drive
Lake Forrest, CA 92630

John Berardi
2908 Oregon Court Suite G1
Torrance, CA 90503

JP Morgan Chase Bank
PO Box 6026
Mailcode IL 1-0054
Chicago, IL 60680

Koninklijke Philips N V
co Philips Intellectual Property
Building HTC 5 PO Box 220
5600 AE Eindhoven, The Netherlands

Laurence Friedman
2389 Century Hill
Los Angeles, CA 90067

Los Star Graphix
16054 Mart Drive
La Mirada, CA 90638

Martec360
500 E Kennedy Blvd
Suite 300
Tampa, FL 33602

Marubeni America
3945 Freedom Circle
Suite 1000
Santa Clara, CA 95054

Nevada Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706

Nichia American Corporation
3625 Del Amo Boulevard Suite 325
Torrance, CA 90503

Paychex
1175 John Street
West Henrietta, NY 14586

Paychex
300 Corporate Pointe
Suite 150
Culver City, CA 90230

Pinnacle Precision
5410 East La Palma Avenue
Anaheim, CA 92807

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Principal
PO Box 10372
Des Moines, IA 50306

Receivables Control Corporation
7373 Kirkwood Court Suite 200
Minneapolis, MN 55369

Rust Oleum Corp
11 Hawthorn Parkway
Vernon Hills, IL 60061

Ship Station
PO Box 205730
Dallas, TX 75320

Small Business Administration
PO Box 78039
Phoenix, AZ 85062

SBA Chase Bank
PO Box 78039
Phoenix, AZ 85062

SBA Chase Bank
14925 Kingsport Road
Fort Worth, TX 76155

Southern California Edison
PO Box 300
Rosemead, CA 91772

Spectrum Cable
PO Box 60074
City Of Industry, CA 91716

The Gas Company
PO Box C
Monterey Park, CA 91756

Thermo Cool
1370 Tully Road Suite 506
San Jose, CA 95122


TMT South Bay Business Park
1630 South Sunkist Street
Anaheim, CA 92806


United Parcel Service
PO Box 894820
Los Angeles, CA 90189


V Technologies Starship
10 McKee Place
Cheshire, CT 06410


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Wells Fargo Bank NA
PO Box 51174
Los Angeles, CA 90051


Wolf Rikin Shapior & Schulman
11400 W Olympic Blvd 9th Floor
Los Angeles, CA 90064



# Corporate Resolution

WHEREAS, the Corporation is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.

Be it further resolved that John Berardi the President of Wildfire Inc., is hereby authorized and directed, with full and complete authority, to perform any necessary act to complete said transaction of the above-described business and engage the law firm of Portillo Ronk to handle this matter.

The undersigned hereby certifies that he/she is the duly elected and qualified Secretary and the custodian of the books and records and seal of Wildfire, Inc, a corporation duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at a meeting of the board of directors of Wildfire, Inc. and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on Friday October 9, 2020 at 11:00am PST by telephone conference call with the following board members in attendance: Laurence Friedman, Chairman and Secretary, John Berardi, President and Derek Fujimoto, CFO. This resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this Friday the 9th of October 2020

_____
Secretary

LAURENCE FRIEDMAN
Printed Name

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Laura J. Portillo (SBN 186813)<br>Kevin Ronk (SBN 241598)<br>PORTILLO RONK LEGAL TEAM<br>5716 Corsa Avenue, Suite 207<br>Westlake Village, CA 91362<br>Tel: (805) 203-6123 / Fax (805) 830-1717<br>Email: Attorneys@portilloronk.com | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ⊡

| In re:<br><br>WILDFIRE INC.,<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 ⊡ |
|---|---|
| <br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* John Berardi                                        , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 1/10/2021

By: _____
    Signature of Debtor, or attorney for Debtor

Name: __John Berardi, its President_____
    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 2            **F 1007-4.CORP.OWNERSHIP.STMT**

**United States Bankruptcy Court**

IN RE:                                           Case No._____

Nildfire Inc.                                    Chapter ___11___

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John Berardi<br>2908 Oregon Ct., Ste G1, Torrance, CA 90503 | 40 | Common stockholder |
| Laurence Friedman<br>2908 Oregon Ct., Ste G1, Torrance, CA 90503 | 60 | Common stockholder |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    92-49273; In re John Berardi; filed 10/13/1992; Chapter 7 in Central District of California; Discharged 3/9/1993

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at FERNLEY        NEVADA , California

Date: 1/10 , 2021

Signature of Debtor 1                John Berardi

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                Page 1                F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name __Wildfire, Inc.__

United States Bankruptcy Court for the: __Central__  District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**  Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................................................

   $ _____ 1,154,498.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................................................

   $ _____ 1,166,843.80

---

**Part 2:**  Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................

   $ _____ 204,541.13

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................

   $ _____ 8,353.99

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................

   + $ _____ 525,210.85

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 738,105.97

| Fill in this information to identify the case: |
|---|

Debtor name __Wildfire, Inc.__

United States Bankruptcy Court for the: _____ District of __CA__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**2. Cash on hand**                                                                $_____3,349.14

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 8567 | $_____15,131.69 |
| 3.2. US Bank | Checking | 8815 | $_____70,000.01 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____

4.2. _____    $_____

**5. Total of Part 1**                                                             $_____88,480.84
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____

7.2. _____    $_____

Debtor  Wildfire, Inc.
        _____
        Name

Case number _____ (if known)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Prepaid Interest _____ $_____725.42

   8.2. _____ $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                    $_____725.42

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:   $2,645.34        –   0.00                    =  ...... ➔   $_____2,624.18
                                face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:      $7,223.00        –   0.00                    =  ...... ➔   $_____7,223.00
                                face amount           doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____9,847.18

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                  Valuation method           Current value of debtor's
                                                  used for current value      interest

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    14.1. _____   _____    $_____

    14.2. _____   _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____   _____%   _____    $_____

    15.2. _____   _____%   _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____    $_____

    16.2. _____   _____    $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                    $_____

---

Debtor    Wildfire, Inc.
_____    _____
         Name                                    Case number (if known)

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Lighting Fixture Parts | 10/15/2020 _MM / DD / YYYY_ | $ 226,155.28 | Average Cost | $ 226,155.28 |
| **20. Work in progress** | | | | |
|  | _MM / DD / YYYY_ | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| Lighting, Lamps, Paints, Materials | 10/15/2020 _MM / DD / YYYY_ | $ 43,525.03 | Average Cost | $ 43,525.03 |
| **22. Other inventory or supplies** | | | | |
| Rental/Demo Equipment | 10/15/2020 _MM / DD / YYYY_ | $ 57,176.32 | Average Cost | $ 57,176.32 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.          ✔          $ 326,856.63

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
|  | $ | | $ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
|  | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
|  | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
|  | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
|  | $ | | $ |

---

Debtor    Wildfire, Inc.
_____
          Name                                        Case number (if known) _____

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                              $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☑ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks, Chairs, Tables, Work Benches | $ 0.00 | Estimated | $ 3,000.00 |
| 40. **Office fixtures** | | | |
| File Cabinets, Display Shelves | $ 0.00 | Estimated | $ 3,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, Monitors, Printers, Phones, Software | $ 12,571.88 | Estimated | $ 23,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                              $ 29,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Debtor   Wildfire, Inc.
       Name                                                    Case number (if known)

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Manufacturing, Testing & Warehouse Equipment | $   2,874.36 | Estimated | $   30,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$   30,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  Wildfire, Inc.
        _____    Case number (if known)_____
        Name

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 2908 Oregon Ct Ste G1-G2 | Leasehold | $ 12,345.44 | Book Value | $ 12,345.44 |
| 55.2 Torrance, CA, 90503 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 12,345.44

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

- ☑ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>34 Different Product Line Trademarks | $ | Estimated | $ 50,000.00 |
| 61. Internet domain names and websites<br>Website, Web Store and 26 Registered Domains | $ | Estimated | $ 75,000.00 |
| 62. Licenses, franchises, and royalties<br>10 Year Name License Agreement with Rust-Oleum | $ | Estimated | $ 320,000.00 |
| 63. Customer lists, mailing lists, or other compilations<br>23,000 Name Customer List | $ | Estimated | $ 20,000.00 |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill<br>Wildfire Trade Name | $ | Estimated | $ 200,000.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 665,000.00

Debtor    Wildfire, Inc.
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    Employee Loan          4,588.29      –      0.00          = ➔    $        4,588.29
                          Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____      Tax year _____    $ _____
    _____      Tax year _____    $ _____
    _____      Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

    _____                             $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____                             $ _____
    Nature of claim        _____
    Amount requested       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                             $ _____
    Nature of claim        _____
    Amount requested       $ _____

76. **Trusts, equitable or future interests in property**

    _____                             $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    _____                             $ _____
    _____                             $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                $        4,588.29

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

Debtor   Wildfire, Inc.
         Name

Case number (if known)

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 88,480.84 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 725.42 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 9,847.18 | |
| 83. Investments. *Copy line 17, Part 4.* | $ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 326,856.63 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 29,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 30,000.00 | |
| 88. Real property. *Copy line 56, Part 9.* .......................................➔ | | $ 12,345.44 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 665,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 4,588.29 | |
| 91. **Total.** Add lines 80 through 90 for each column. .............91a. | $ 1,154,498.36 | + 91b. $ 12,345.44 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... $ 1,166,843.80

**Fill in this information to identify the case:**

Debtor name ___Wildfire Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
De Lage Landen

**Creditor's mailing address**
PO Box 41602
Philadelphia, PA 19101

**Creditor's email address, if known**

**Date debt was incurred** 1/31/2019

**Last 4 digits of account number** 8537

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Viking DL25 Forklift - Srl# 215014454

$ 6,776.75     $ 30,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
JP Morgan Chase Bank

**Creditor's mailing address**
P.O. Box 6026
Mailcode IL 1-0054, Chicago, IL 60680

**Creditor's email address, if known**

**Date debt was incurred** 1/7/2014

**Last 4 digits of account number** 7001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Manufacturing, testing and warehouse equipment, including forklift, Desks, chairs, tables & workbenches, File cabinets & display shelves, Computers, monitors, printers & cell phones, Lighting fixture parts, Lighting, lamps, paints, materials, Rental/demo & other equipment, Cash on Hand, Accounts Receivable, Trademarks for

$42,764.38     $558,935.47

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 204,541.13

Debtor ___Wildfire Inc._____
         Name

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

## Part 1:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**
Small Business Administration

**Creditor's mailing address**

PO Box 78039
Phoenix, AZ 85062

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number**  7005

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All All currently owned and after acquired tangible and intangible personal property, including, but not limited to (a) inventory, (b) equipment, (c) instruments, including promissory notes, (d) chattel paper, including chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care receivables and credit card receivables (h) deposit accounts, (i)

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $5,000.00
**Value of collateral:** $0.00

### 2.4

**Creditor's name**
Small Business Administration -Chase Bank

**Creditor's mailing address**

14925 Kingsport Road
Fort Worth, TX 76155

**Creditor's email address, if known**

**Date debt was incurred**  6/17/2020
**Last 4 digits of account number**  7803

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All currently owned and after acquired tangible and intangible personal property, including, but not limited to (a) inventory, (b) equipment, (c) instruments, including promissory notes, (d) chattel paper, including chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care receivables and credit card receivables (h) deposit accounts, (i) commercial tort claims, (j) general intangibles including payment intangibles

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $150,000.00
**Value of collateral:** $0.00

Debtor    Wildfire Inc.
          _____          Case number (if known)_____
          Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Wildfire Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>California Department of Tax and Fee<br>Administration<br>PO Box 942879<br>Sacramento, CA, 94279 | As of the petition filing date, the claim is: $ 2,884.72<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,884.72 |
| | **Date or dates debt was incurred**<br>Fourth Quarter 2020 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | Priority creditor's name and mailing address<br>Derek Fujimoto<br>2908 Oregon Court<br>Suite G1<br>Torrance, CA, 90503 | As of the petition filing date, the claim is: $ 2,339.61<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,339.61 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.3** | Priority creditor's name and mailing address<br>John Berardi<br>2908 Oregon Court<br>Suite G1<br>Torrance, CA, 90503 | As of the petition filing date, the claim is: $ 3,000.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,000.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 ) | | |

Debtor  Wildlife Inc.
Name

Case number (if known)

Case 2:21-bk-10161-SK

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**

**Priority amount**

---

**2.4** **Priority creditor's name and mailing address**

Nevada Department of Taxation
1550 College Parkway
Suite 115
Carson City, NV, 89706

$ 129.66    $ 129.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Fourth Quarter 2020

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8   )**

---

**2.__** **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__** **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__** **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor  Wildlife Inc.
        Name

Case number (if known)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
1000 Bulbs
2140 Merritt Drive
Garland, TX, 75041

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 1,894.00

Date or dates debt was incurred _____

Last 4 digits of account number   6927

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Aavid Thermalloy
1 Aavid Circle
Laconia, NH, 03246

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,208.40

Date or dates debt was incurred _____

Last 4 digits of account number   3416

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Adecco Employment Services
Dept LA 21403
Pasadena, CA, 91185

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 6,762.43

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Adobe Creative Cloud
345 Park Avenue
San Jose, CA, 95110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
ADT
PO Box 650485
Dallas, TX, 75265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
AFLAC
821 Wynnton Road
Columbus, GA, 31999

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Insurance

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   S281

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____    _____
        Name                          Case number (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.⁷** | Nonpriority creditor's name and mailing address

Am Trust North America
PO Box 6939
Cleveland, OH, 44101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    **5946**

$ Undetermined

---

**3.⁸** | Nonpriority creditor's name and mailing address

American Express Card
PO Box 981535
El Paso, TX, 79998

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    **2005**

$ 110,005.12

---

**3.⁹** | Nonpriority creditor's name and mailing address

American Express Working Capital
PO Box 981535
El Paso, TX, 79998

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 21,950.32

---

**3.¹⁰** | Nonpriority creditor's name and mailing address

APS Payments
5646 E. Main Street
Suite 5
Mesa, AZ, 85205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.¹¹** | Nonpriority creditor's name and mailing address

Arrow Electronics
9201 East Dry Creek Road
Englewood, CO, 80112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    **5049**

$ 6,420.86

---

Debtor _____
        Name

Case number (if known) _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

Avalara
255 S. King Street
Suite 1800
Seattle, WA, 98104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13  Nonpriority creditor's name and mailing address**

Bender & Wirth
210 Pleasant Street
Unit 1
Concord, NH, 03301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,245.06

Date or dates debt was incurred _____

Last 4 digits of account number    972

---

**3.14  Nonpriority creditor's name and mailing address**

Big Commerce
11305 Four Points Drive
Building II, First Floor
Austin, TX, 78726

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15  Nonpriority creditor's name and mailing address**

BLC America
16310 Arthur Street
Cerritos, CA, 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,713.00

Date or dates debt was incurred _____

Last 4 digits of account number    Wild

---

**3.16  Nonpriority creditor's name and mailing address**

Blue Shield of California
PO Box 749415
Los Angeles, CA, 90074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Health Insurance

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    1000

Debtor ___Wildlife Inc._____    Case number _(if known)_____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3._17_ Nonpriority creditor's name and mailing address**

Century Spring
222 East 16th Street
Los Angeles, CA, 90015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,090.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    L310

**3._18_ Nonpriority creditor's name and mailing address**

Chase INK Card
PO Box 6294
Carol Stream, IL, 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 34,366.78

Date or dates debt was incurred _____

Last 4 digits of account number    2156

Is the claim subject to offset?
☑ No
☐ Yes

**3._19_ Nonpriority creditor's name and mailing address**

Cloud 9 ERP Solutions Acumatica
76 Progress Drive
Suite 101
Stamford, CT, 06902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3._20_ Nonpriority creditor's name and mailing address**

Cloudflare
101 Townsend St.
San Francisco, CA, 94107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3._21_ Nonpriority creditor's name and mailing address**

Continental Industries
1025 North Armando Street
Anaheim, CA, 92806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,714.00

Date or dates debt was incurred _____

Last 4 digits of account number    L002

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Wildlife Inc.
        Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.22  Nonpriority creditor's name and mailing address**

Coralvue Vue Technology LLC
38183 Commercial Court
Slidell, LA, 70458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,700.00

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.23  Nonpriority creditor's name and mailing address**

CRF Solutions
2051 Royal Avenue
Simi Valley, CA, 93065

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.24  Nonpriority creditor's name and mailing address**

Dell Computer
PO Box 5275
Carol Stream, IL, 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,334.98

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    9/3/2020
Last 4 digits of account number    6179

**3.25  Nonpriority creditor's name and mailing address**

DSX Voice
1 East Liberty, 6th Floor
Reno, NV, 89501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:  Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    4791

**3.26  Nonpriority creditor's name and mailing address**

Echo
1157 Network Place
Chicago, IL, 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    4970

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.⁢ 27  **Nonpriority creditor's name and mailing address**

Electri-Cord Manufacturing
312 East Main Street
Westfield, PA, 16950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 880.00

---

3. 28  **Nonpriority creditor's name and mailing address**

Ernest Packaging Solutions
5777 Smithway Street
Los Angeles, CA, 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____
Last 4 digits of account number    9454

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,683.79

---

3. 29  **Nonpriority creditor's name and mailing address**

Federal Express
PO Box 7221
Pasadena, CA, 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____
Last 4 digits of account number    0092

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

3. 30  **Nonpriority creditor's name and mailing address**

Future Electronics
3255 Paysphere Circle
Chicago, IL, 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____
Last 4 digits of account number    4100

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,975.20

---

3. 31  **Nonpriority creditor's name and mailing address**

GoDaddy
14455 N. Hayden Road
Suite 219
Scottsdale, AZ, 85260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Website

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

Debtor _____
Name

Case number _(if known)_ _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **32** Nonpriority creditor's name and mailing address

Harik Minassi Coale
25500 Hawthorne Blvd.
Suite 2120
Torrance, CA, 90505

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 559.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **33** Nonpriority creditor's name and mailing address

Hartford
PO Box 660916
Dallas, TX, 75266

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ____4147_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **34** Nonpriority creditor's name and mailing address

Hawk Ridge Systems Solidworks
5707 Redwood Road
Suite 18
Oakland, CA, 94619

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **35** Nonpriority creditor's name and mailing address

Heiland Electronics
58 Jonspin Road
Wilmington, MA, 01887

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 6,186.00

Date or dates debt was incurred    3/26/20, 5/13/20

Last 4 digits of account number    1203

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **36** Nonpriority creditor's name and mailing address

Innovative
14271 Fern Avenue
Chino, CA, 91710

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Computer IT

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ____1048_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | |
|---|---|
| Debtor | Cradle Inc. |
| | Name |

Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**  Nonpriority creditor's name and mailing address

Intertek
25800 Commercentre Drive
Lake Forest, CA, 92630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ETL Listing

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  **4307**

$ Unknown

---

**3.38**  Nonpriority creditor's name and mailing address

Kingscote Chemical
3778 Timberlake Drive
Richfield, OH, 44286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 798.72

---

**3.39**  Nonpriority creditor's name and mailing address

Laurence Friedman
2389 Century Hill

Los Angeles, CA, 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 81,301.71

---

**3.40**  Nonpriority creditor's name and mailing address

Lost Star Graphix
16054 Mart Drive
La Mirada, CA, 90638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.41**  Nonpriority creditor's name and mailing address

Martec360
500 E. Kennedy Blvd.
Suite 300
Tampa, FL, 33602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

| Debtor | Wildlife Inc. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3. 42   Nonpriority creditor's name and mailing address**

Marubeni America
3945 Freedom Circle
Suite 1000
Santa Clara, CA, 95054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,266.00

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    0500

**3. 43   Nonpriority creditor's name and mailing address**

Nichia American Corporation
3625 Del Amo Boulevard
Suite 325
Torrance, CA, 90503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,910.89

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 44   Nonpriority creditor's name and mailing address**

Paychex
1175 John Street
West Henrietta, NY, 14586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: 401k Administration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    0717

**3. 45   Nonpriority creditor's name and mailing address**

Paychex
300 Corporate Pointe
Suite 150
Culver City, CA, 90230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Payroll Processing

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    0717

**3. 46   Nonpriority creditor's name and mailing address**

Pinnacle Precision
5410 East La Palma Avenue
Anaheim, CA, 92807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,549.96

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    3

Debtor  Wildfire Inc.
        Name

Case number (if known)

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| 3.**47** Nonpriority creditor's name and mailing address<br>Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA, 15250 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown |

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   0528

| | |
|---|---|
| 3.**48** Nonpriority creditor's name and mailing address<br>Principal<br>PO Box 10372<br>Des Moines, IA, 50306 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown |

Basis for the claim:  Dental/Vision Insurance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   0001

| | |
|---|---|
| 3.**49** Nonpriority creditor's name and mailing address<br>Receivables Control Corporation<br>7373 Kirkwood Court<br>Suite 200<br>Maple Grove, MN, 55369 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 0.00 |

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   _____

| | |
|---|---|
| 3.**50** Nonpriority creditor's name and mailing address<br>Rust-Oleum Corp<br>11 Hawthorn Parkway<br>Vernon Hills, IL, 60061 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 27,796.65 |

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   1420

| | |
|---|---|
| 3.**51** Nonpriority creditor's name and mailing address<br>Ship Station<br>PO Box 205730<br>Dallas, TX, 75320 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ Unknown |

Basis for the claim:  Shipping software

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number   _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.__52__** Nonpriority creditor's name and mailing address

Small Business Administration - Chase Bank
PO Box 78039
Phoenix, AZ, 85062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 78,325.00

Basis for the claim:

| Date or dates debt was incurred | 5/1/2020 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 7004 | ☑ No  ☐ Yes |

**3.__53__** Nonpriority creditor's name and mailing address

Southern California Edison
P.O. Box 300
Rosemead, CA, 91772

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:  Utility Services

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 8329 | ☑ No  ☐ Yes |

**3.__54__** Nonpriority creditor's name and mailing address

Spectrum Cable
PO Box 60074
City Of Industry, CA, 91716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:  Telephone / Internet services

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 3931 | ☑ No  ☐ Yes |

**3.__55__** Nonpriority creditor's name and mailing address

The Gas Company
PO Box C
Monterey Park, CA, 91756

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim:  Utility Services

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 3896 | ☑ No  ☐ Yes |

**3.__56__** Nonpriority creditor's name and mailing address

Thermo Cool
1370 Tully Road
Suite 506
San Jose, CA, 95122

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 797.00

Basis for the claim:  Suppliers or Vendors

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ☑ No  ☐ Yes |

Debtor _____ Wildlife Inc.
Name

Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57 Nonpriority creditor's name and mailing address**

TMT South Bay Business Park
1630 South Sunkist Street
Anaheim, CA, 92806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,747.26

Basis for the claim: Right to possession of 2908 Oregon Ct., Units G1-G2, Torrance CA

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.58 Nonpriority creditor's name and mailing address**

United Parcel Service
PO Box 894820
Los Angeles, CA, 90189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,798.99

Basis for the claim: Services

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number E336

**3.59 Nonpriority creditor's name and mailing address**

V-Technologies - Starship
10 McKee Place

Cheshire, CT, 06410

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Software

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

**3.60 Nonpriority creditor's name and mailing address**

Verizon Wireless
PO Box 660108
Dallas, TX, 75266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Telephone / Internet services

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number 0001

**3.61 Nonpriority creditor's name and mailing address**

Wells Fargo Bank, NA
PO Box 51174
Los Angeles, CA, 90051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,113.25

Basis for the claim: Monies Loaned / Advanced

Date or dates debt was incurred 5/1/2009

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number 2819

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.<sup>62</sup> Nonpriority creditor's name and mailing address

Wolf Rikin Shapiro & Schulman
11400 W. Olympic Blvd., 9th Floor

Los Angeles, CA, 90064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,116.48

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 8,353.99 |
| 5b. **Total claims from Part 2** | 5b. ✚ | $ 525,210.85 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 533,564.84 |

**Fill in this information to identify the case:**

Debtor name    Wildfire Inc.

United States Bankruptcy Court for the:   Central District of California

Case number (If known): _____     Chapter   11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease on Forklift<br>Lessor | De Lage Landen<br>PO Box 41602<br>Philadelphia, PA, 19101 |
| | State the term remaining | 25 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Building lease<br>Lessor | TMT South Bay Business Park<br>1630 South Sunkist Street<br>Anaheim, CA, 92806 |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | License agreement with Rust-Oleum<br>Purchaser | Rust-Oleum Corp<br>11 Hawthorn Parkway<br>Vernon Hills, IL, 60061 |
| | State the term remaining | 8 years | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Patent license agreement<br>Lessee | Koninklijke Philips N.V.<br>c/o Philips Intellectual Property & Standards<br>Building HTC-5 - P.O. Box 220<br>5600 AE Eindhoven - The Netherlands, |
| | State the term remaining | Open based on quarterly sales | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __Wildfire Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 John Berardi | John Berardi<br>2908 Oregon Court<br>Suite G1<br>Torrance, CA 90503 | JP Morgan Chase Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Laurence Friedman | Laurence Friedman<br>2389 Century Hill<br>Los Angeles, CA 90067 | JP Morgan Chase Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Laurence Friedman | Laurence Friedman<br>2389 Century Hill<br>Los Angeles, CA 90067 | Small Business Administra | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Laurence Friedman | Laurence Friedman<br>2389 Century Hill<br>Los Angeles, CA 90067 | Wells Fargo Bank, NA | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  In re Wildfire, Inc.

United States Bankruptcy Court for the:  Central  District of  California
                                                              (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/10/2021      X _____
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                John Berardi
                                Printed name

                                President
                                Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Wildfire, Inc.__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

## Part 1:    Income

### 1. Gross revenue from business

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _1/1/2021_ to Filing date<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | $ _____11,061.60_ |
| For prior year: | From _1/1/2020_ to _12/31/2020_<br><sub>MM / DD / YYYY</sub>  <sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | $ ____716,796.43_ |
| For the year before that: | From _1/1/2019_ to _12/31/2020_<br><sub>MM / DD / YYYY</sub>  <sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | $ _1,584,521.00_ |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |
| For prior year: | From _____ to _____<br><sub>MM / DD / YYYY</sub>  <sub>MM / DD / YYYY</sub> | _____ | $ _____ |
| For the year before that: | From _____ to _____<br><sub>MM / DD / YYYY</sub>  <sub>MM / DD / YYYY</sub> | _____ | $ _____ |

Debtor    Wildfire, Inc.                                                  Case number (if known)_____
              Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** See Attachment 3.<br>Creditor's name<br><br>Street<br><br><br>City          State          ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| **3.2.**<br>Creditor's name<br><br>Street<br><br><br>City          State          ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** Laurence Friedman<br>Insider's name<br>2389 Century Hill<br>Street<br>Los Angeles, CA 90067<br><br>City          State          ZIP Code<br><br>Relationship to debtor<br>Shareholder and Director | | $    66,615.70 | Shareholder loan payments |
| **4.2.**<br>Insider's name<br><br>Street<br><br><br>City          State          ZIP Code<br><br>Relationship to debtor | | $ | |

---

| Debtor | Wildfire Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** _____ <br> Creditor's name | | _____ | $_____ |
| **5.2.** _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX–_____

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** <br><br> Case number | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **7.2.** <br><br> Case number | | Court or agency's name and address | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

| Debtor | Wildfire Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| | _____ | |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Boys & Girls Club | Obsolete cosmetic products | 2/13/2019 | $ 1,823.71 |
| | Recipient's name | | | |
| | 1220 256th Street | | | $ 0.00 |
| | Harbor City, CA 90710 | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | Pressman Academy | Obsolete lighting products | 4/2/2019 | $ 3,731.98 |
| | Recipient's name | | | |
| | 1039 S. La Cienega Blvd. | | | $ 0.00 |
| | Los Angeles, CA 90035 | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets -- Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Wildfire Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Portillo Ronk Legal Team | Cash retainer | 11/2/2020 | $ 17,500.00 |
| | **Address** | | | |
| | 5716 Corsa Ave<br>Suite 207<br>Westlake Village, CA 91362 | | | |
| | **Email or website address**<br>Attorneys@portilloronk.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor   Wildfire Inc.
_____
Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____

Address

Relationship to debtor

Who received transfer?

13.2. _____

Address

Relationship to debtor

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.     From _____ To _____

14.2.     From _____ To _____

| Debtor | Wildfire Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| **15.2.** _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Wildfire Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Wildfire Inc. | Case number (if known) |
|--------|---------------|------------------------|
|        | Name          |                        |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|------------------------------|-------|
|                          |                          |                              | $_____ |
| Name                     |                          |                              |       |

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|---------------------|----------------|
|            |                                  |                     | ☐ Pending |
| Case number | Name                            |                     | ☐ On appeal |
|            |                                  |                     | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|------------------------------------|------------------------------|----------------|
| Name                   | Name                               |                              |                |

---

| Debtor | Wildfire Inc. | | Case number (if known) _____ |
| --- | --- | --- | --- |
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- | --- |
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | Wildfire Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Steven Bloom Accountancy | From _____ |
| | Name | To 01/30/2020 |
| | 1000 East Thousand Oaks Blvd., Suite 176, Thousand Oaks, CA 91360 | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Harik Minassi Coale | From 01/30/2020 |
| | Name | To 11/22/2020 |
| | 25500 Hawthorne Blvd., Suite , Torrance, CA 90505 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Derek Fujimoto | |
| | Name | |
| | 2908 Oregon Ct, Suite G1, Torrance, CA 90503 | |

Debtor    Wildfire Inc.
_____      Case number (if known)_____
         Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address | |
|---|---|---|
| 26d.1. | _____<br>Name | |

| | Name and address | |
|---|---|---|
| 26d.2. | _____<br>Name | |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| John Berardi | 12/31/2019 | $ 339,042.33 |

Name and address of the person who has possession of inventory records

| | |
|---|---|
| 27.1. | John Berardi<br>Name<br>2908 Oregon Ct, Suite G1<br>Torrance,  90503 |

Debtor   Wildlife Inc.
_____   Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| John Berardi | 10/15/2020 | $315,413.16 |

Name and address of the person who has possession of inventory records

27.2.   John Berardi
        Name
        2908 Oregon Ct, Suite G1
        Torrance, CA 90503

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Berardi | 2908 Oregon Ct., Ste G1, Torrance, CA 90503 | President / CEO / Director/Employee | 40 |
| Laurence Friedman | 2908 Oregon Ct., Ste G1, Torrance, CA 90503 | Chairman / Director | 60 |
| Derek Fujimoto | 2908 Oregon Court Suite G1, Torrance, CA 90503 | Director/ Vice President / Employee | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   John Berardi | 134,420.00 | 1/1/2020 | Salary |
| Name | | | |
| 2908 Oregon Ct | | | |
| Suite G1 | | | |
| Torrance, CA 90503 | | 12/31/2020 | |

Relationship to debtor

Shareholder, Officer, Director & Employee

Debtor    Wildfire Inc.
          _____          Case number (if known) _____
          Name

|  | Name and address of recipient | 76,396.36 | 1/1/2020 | Salary |
|---|---|---|---|---|
| 30.2 | Derek Fujimoto | | | |
| | Name | | | |
| | 2908 Oregon Ct, Suite G1 | | | |
| | Torrance, CA 90503 | | 12/31/2020 | |

Relationship to debtor

Officer, Director and Employee

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☑ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer identification number of the parent
                                                        corporation
_____                        EIN: _____

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☐ No
☑ Yes. Identify below.

Name of the pension fund                                Employer identification number of the pension fund
Wildfire 401K Plan                                      EIN: 95-4255595
_____                        _____

### Part 14:    Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1 / 10 / 2021
              MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of the debtor           Printed name   John Berardi

Position or relationship to debtor   Chief Executive Office

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

Debtor Name        Wildfire Inc.                                                Case number (if known)

## Continuation Sheet for Official Form 207

17) Pension Contributions

Wildfire 401K Plan          95-4255595


30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Derek Fujimoto

2908 Oregon Ct, Suite G1
Torrance, CA 90503

Amount of money or description: $829.08

Dates: 1/1/2020, 1/1/2020, 12/31/2020

Reason: 401k

---

Name and Address:

John Berardi

2908 Oregon Ct, Suite G1
Torrance, CA 90503

Amount of money or description: $1,389.40

Dates: 1/1/2020, 1/1/2020, 12/31/2020

Reason: 401k

---

IN RE WILDFIRE, INC. - Attachment 3. to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

| Name | Date : | PayType | Reference | Account | Description | Amount |
|------|--------|---------|-----------|---------|-------------|--------|
| 1349 | Chase Ink Card | | | | | |
| | 10/6/2020 | VCHK | auto debit | 11260 | Chase INK Car | 2,000.00 |
| | 10/9/2020 | VCHK | auto debit | 11260 | Chase INK Car | 4,000.00 |
| | 10/13/2020 | VCHK | auto debit | 11260 | Chase INK Car | 3,000.00 |
| | 10/26/2020 | VCHK | auto debit | 11260 | Chase INK Car | 5,000.00 |
| | 10/22/2020 | VCHK | auto debit | 11260 | Chase INK Car | 3,000.00 |
| | 11/4/2020 | VCHK | auto debit | 11260 | Chase INK Car | 9,130.42 |
| | 11/20/2020 | VCHK | auto debit | 11260 | Chase INK Car | 4,000.00 |
| | 11/11/2020 | VCHK | auto debit | 11260 | Chase INK Car | 4,000.00 |
| | 11/11/2020 | VCHK | auto debit | 11260 | Chase INK Car | 3,000.00 |
| | 12/15/2020 | VCHK | auto debit | 11260 | Chase INK Car | 3,500.00 |
| | 12/14/2020 | VCHK | auto debit | 11260 | Chase INK Car | 3,000.00 |
| | 12/3/2020 | VCHK | auto debit | 11260 | Chase INK Car | 17,000.00 |
| | 12/3/2020 | VCHK | auto debit | 11260 | Chase INK Car | 2,000.00 |
| | 12/22/2020 | VCHK | auto debit | 11260 | Chase INK Car | 2,000.00 |
| | 12/29/2020 | VCHK | auto debit | 11260 | Chase INK Car | 3,500.00 |
| | | | | | Total : | 68,130.42 |
| 1376 | Cloud9 ERP Solutions | | | | | |
| | 10/2/2020 | VCHK | auto debit | 11260 | ERP Software | 2,937.00 |
| | 11/12/2020 | CINK-V | xxxxxxxxxxCard | 22160 | ERP Software | 3,015.43 |
| | 12/2/2020 | VCHK | auto debit | 11260 | ERP Software | 2,937.00 |
| | | | | | Total : | 8,889.43 |
| 1391 | Portillo Ronk | | | | | |
| | 11/2/2020 | VCHK | auto debit | 11260 | Legal | 17,500.00 |
| | | | | | Total : | 17,500.00 |

IN RE WILDFIRE, INC. - Attachment 3. to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

| Name | Date : | PayType | Reference | Account | Description | Amount |
|------|--------|---------|-----------|---------|-------------|--------|
| 1015 | Wells Fargo Bank | | | | | |
| | 10/6/2020 | VCHK | auto debit | 11260 | | 7,386.71 |
| | 10/21/2020 | VCHK | auto debit | 11260 | Wells Fargo Cr | 1,000.00 |
| | 11/23/2020 | VCHK | auto debit | 11260 | Wells Fargo Cr | 1,000.00 |
| | 12/22/2020 | VCIIK | auto debit | 11260 | Wells Fargo Cr | 1,000.00 |
| | | | | | Total : | **10,386.71** |
| 10193 | Rust-Oleum Corp. DBA Modern Masters | | | | | |
| | 12/3/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Wildfire Paint V | 13,662.18 |
| | 11/5/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Wildfire Paint V | 9,377.35 |
| | | | | | Total : | **23,039.53** |
| 10271 | Blue Shield of California | | | | | |
| | 11/2/2020 | VCHK | auto debit | 11260 | Health Insuran | 3,667.35 |
| | 12/7/2020 | VCHK | auto debit | 11260 | Health Insuran | 4,041.73 |
| | 12/30/2020 | VCHK | auto debit | 11260 | Health Insuran | 3,133.71 |
| | | | | | Total : | **10,842.79** |
| 10419 | TMT South Bay Business Park, Inc. | | | | | |
| | 10/26/2020 | VCHK | auto debit | 11260 | Rent | 8,582.42 |
| | | | | | Total : | **8,582.42** |
| 1059 | BLC America | | | | | |
| | 10/22/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Supply Vendor | 3,100.00 |
| | 11/30/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Supply Vendor | 500.00 |
| | 11/23/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Supply Vendor | 2,425.00 |
| | 11/12/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Supply Vendor | 500.00 |
| | 12/31/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Supply Vendor | 3,387.00 |
| | 12/16/2020 | CINK-V | xxxxxxxxxxCard | 22160 | Supply Vendor | 3,462.00 |
| | | | | | Total : | **13,374.00** |
| 1159 | Pinnacle Precision Sheet Metal | | | | | |
| | 10/26/2020 | VCHK | auto debit | 11260 | Supply Vendor | 6,912.00 |
| | | | | | Total : | **6,912.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re**

   Wildfire, Inc.

                                            Case No. _____

**Debtor**                                  Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____    SEE NEXT
                                                                                                                        PAGE
    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2.  The source of the compensation paid to me was:

       ☑ Debtor              ☐ Other (specify)

3.  The source of compensation to be paid to me is:

       ☑ Debtor              ☐ Other (specify)

4.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.  [Other provisions as needed]

RETAINER:
On November 2, 2020, Debtor paid the Firm a $17,500.00 retainer for legal services (the "
Retainer"). On _Decmberd_, 2020, the Firm drew $_17,500_ from the Retainer as
payment for services rendered pre-petition.

COMPENSATION:
Pre-petition, the Firm agreed to accept compensation for service at its customary hourly rates
payabe from the Retainer prior to the filing of the petition. Post-petition, the Firm has agreed to be
paid in accordance with procedures established by the Bankrutpcy Court and United States
Trustee Guidelines.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Firm has not agreed to be obligated to prosecute or defend any adversary proceeding in the
Bankruptcy Court or any other litigation. The Firm has not agreed to provide legal advice or services
in specialty areas as corporate, tax, labor/employment, real estate transactional and securities related
services.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to
me for representation of the debtor(s) in this bankruptcy proceeding.

_1/7/2021_
Date

_____
Signature of Attorney

Portillo Ronk Legal Team
_____
Name of law firm

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Laura J. Portillo (SBN 186813)<br>Kevin Ronk (SBN 241598)<br>PORTILLO RONK LEGAL TEAM<br>5716 Corsa Avenue, Suite 207<br>Westlake Village, CA 91362<br>Tel. (805) 203-6123 / Fax (805) 830-1717<br>E-mail: Attorneys@portilloronk.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>WILDFIRE, INC., | CASE NO.:<br><br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _9_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _1/10/2021_

Date: _____

Date: _____

_John Berardi, its Chief Executive Officer_
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

## WILDFIRE, INC.

**Balance Sheet as of Dec 31, 2020**

| Account Description | | Page # : 0001 |
|---|---|---|
| | | Date : Jan 09, 2021 |

| Account Description | | |
|---|---:|---:|
| **Assets** | | |
| **Current Assets** | | |
| Cash | | |
| Petty Cash | 3,349.14 | |
| **TOTAL CASH** | | 3,349.14 |
| Bank Accounts | | |
| Wells Checking Account | 1.16 | |
| Chase Checking Account | 15,131.69 | |
| Chase Wire Account | 100.00 | |
| Chase Payroll Account | 100.00 | |
| US Bank | 70,000.01 | |
| **TOTAL BANK ACCOUNTS** | | 85,332.86 |
| Accounts Receivable | | |
| Accounts Receivable | 9,847.18 | |
| Vendor Deposits | 435.00 | |
| **TOTAL ACCOUNTS RECEIVABLE** | | 10,282.18 |
| Inventory | | |
| Raw Materials | 226,155.28 | |
| Finished Goods | 43,525.03 | |
| Rental Equipment | 38,741.05 | |
| Demo Equipment | 18,435.27 | |
| **TOTAL INVENTORY** | | 326,856.63 |
| Undeposited Funds | | |
| Undeposited American Express | 1,090.74 | |
| **TOTAL UNDEPOSITED FUNDS** | | 1,090.74 |
| **TOTAL CURRENT ASSETS** | | 426,911.55 |
| Fixed Assets | | |
| Machinery & Equipment | | |
| Machinery & Equip. - Original Value | 101,335.45 | |
| Machinery & Equip. - Accum. Depreciation | -98,461.09 | |
| **TOTAL MACHINERY & EQUIPMENT** | | 2,874.36 |
| Furniture & Fixtures | | |
| Furniture & Fixt. - Original Value | 54,200.15 | |
| Furniture & Fixt. - Accum. Depreciation | -54,200.15 | |
| Office Equipment | | |
| Office Equip. - Original Value | 56,175.79 | |
| Office Equip. - Accum. Depreciation | -56,175.79 | |
| Leasehold Improvements | | |
| Lease Improvements - Original Value | 24,132.12 | |
| Lease Improvements - Accum. Depreciation | -11,786.68 | |
| **TOTAL LEASEHOLD IMPROVEMENTS** | | 12,345.44 |
| Computer Software | | |
| Computer Software - Original Value | 69,709.97 | |
| Computer Software - Accum. Depreciation | -57,138.09 | |
| **TOTAL COMPUTER SOFTWARE** | | 12,571.88 |
| **TOTAL FIXED ASSETS** | | 27,791.68 |
| Intangibles and Other Assets | | |
| Employee Advances | 150.00 | |
| Prepaid Interest Expense | 725.42 | |
| Employee Loan | 4,588.29 | |
| **TOTAL INTANGIBLES AND OTHER ASSETS** | | 5,463.71 |
| **TOTAL ASSETS** | | 460,166.94 |
| | | |
| **Liabilities** | | |
| **Short Term Liabilities** | | |
| Accounts Payable | | |
| Accounts Payable | 279,541.54 | |
| Accrued Accounts Payable | 5,635.71 | |
| Customer Deposits | 10,043.23 | |
| AMEX Working capital | 21,950.26 | |

## WILDFIRE, INC.

**Balance Sheet as of Dec 31, 2020**

| Account Description | | |
|---|---|---|
| | | Page # : 0002 |
| | | Date : Jan 09, 2021 |
| Chase Bank Ink Credit Card | 33,994.83 | |
| **TOTAL ACCOUNTS PAYABLE** | | **351,165.57** |
| Sales Tax Payable | | |
| Sales Tax Payable – CA | 2,884.72 | |
| Sales Tax Payable - NV | 129.66 | |
| **TOTAL SALES TAX PAYABLE** | | **3,014.38** |
| **TOTAL SHORT TERM LIABILITIES** | | **354,179.95** |
| Long Term Liabilities | | |
| Wells Fargo Bank Business Credit Line | 20,113.25 | |
| Larry Friedman Personal Equity Line Loan | 81,560.61 | |
| Chase Bank Business Credit Line | 41,390.33 | |
| SBA PPP Loan | 78,325.00 | |
| SBA EIDL Loan | 150,000.00 | |
| SBA EIDL Emergency Deposit | 5,000.00 | |
| Equipment Loan/Lease | 8,862.67 | |
| **TOTAL LONG TERM LIABILITIES** | | **385,251.86** |
| **TOTAL LIABILITIES** | | **739,431.81** |
| | | |
| Equity | | |
| Capital Investment | | |
| Common Stock | 200.00 | |
| Paid in Capital | 2,036,401.52 | |
| **TOTAL CAPITAL INVESTMENT** | | **2,036,601.52** |
| Earnings | | |
| Current Earnings | -344,605.13 | |
| Retained Earnings | -1,971,261.26 | |
| **TOTAL EARNINGS** | | **-2,315,866.39** |
| **TOTAL EQUITY** | | **-279,264.87** |
| **TOTAL LIABILITIES & EQUITY** | | **460,166.94** |

WILDFIRE, INC.

| Period | : | 12, 2020 | | Date | : | Jan 9, 2021 |
|---|---|---|---|---|---|---|
| Location/Sub-Location | : | ALL | | Time | : | 1:40:46PM |
| Include Unposted Amount | : | No | | User | : | JBERARDI |

## Income Statement

### Comparison of Period 12 - Year To Date

Page #   0001

| Account Description | Period 12 | | Year To Date | |
|---|---|---|---|---|
| | Amount | Percent | Amount | Percent |
| **REVENUES** | | | | |
| Sales | | | | |
| Product Sales | 21,726.01 | 69.5 | 656,785.52 | 91.63 |
| Rentals | 2,000.00 | 6.4 | 12,950.00 | 1.81 |
| Services | 130.00 | 0.4 | 455.00 | 0.06 |
| Shipping | | | | |
| Shipping Revenue | 2,352.85 | 7.5 | 40,525.30 | 5.65 |
| Other Income | | | | |
| Gain on Returns | -0.33 | 0.0 | | |
| Miscellaneous Income | 5,061.19 | 16.2 | 6,080.61 | 0.85 |
| **TOTAL REVENUES** | **31,269.72** | **100.00** | **716,796.43** | **100.00** |
| **OPERATING EXPENSES** | | | | |
| Cost of Goods Sold | | | | |
| Product Materials | 14,701.35 | 47.0 | 342,679.08 | 47.81 |
| Rental Repairs | 219.28 | 0.7 | 219.28 | 0.03 |
| Warranty Repair | 368.64 | 1.2 | 368.64 | 0.05 |
| Obsolete/Lost/Damaged Parts | 13,409.25 | 42.9 | 28,643.32 | 4.00 |
| Miscellaneous Fees | 860.62 | 2.8 | 12,527.26 | 1.75 |
| Operating Expenses | | | | |
| Building Expenses | | | | |
| Utilities | 189.48 | 0.6 | 3,518.92 | 0.49 |
| Building Rent / Lease | -2,229.76 | -7.1 | 77,263.32 | 10.78 |
| Building Repairs and Maintenance | 65.83 | 0.2 | 2,163.55 | 0.30 |
| Selling Expenses | | | | |
| Marketing & Advertising | 49.00 | 0.2 | 3,464.67 | 0.48 |
| Trade Shows | 107.42 | 0.3 | 107.42 | 0.01 |
| Website | 799.90 | 2.6 | 9,107.69 | 1.27 |
| Promotional Expense | | | 13.98 | 0.00 |
| Design & Creative Services | | | 150.00 | 0.02 |
| Credit Card Fees | 583.82 | 1.9 | 11,694.06 | 1.63 |
| Amazon Fees | 343.83 | 1.1 | 8,455.72 | 1.18 |
| Royalty Fees | | | 330.67 | 0.05 |
| Administrative Expenses | | | | |
| Telephone & Internet Services | 562.10 | 1.8 | 7,635.38 | 1.07 |
| Computer Servers & Software | 10,270.14 | 32.8 | 50,885.21 | 7.10 |
| Postage | 405.99 | 1.3 | 4,219.63 | 0.59 |
| Office Expense | 228.49 | 0.7 | 8,399.84 | 1.17 |
| Warehouse Supplies | | | 3,540.68 | 0.49 |
| Meals & Entertainment | -84.07 | -0.3 | 253.43 | 0.04 |
| Automotive Expense | | | 618.50 | 0.09 |
| Legal & Professional Services | 17,244.43 | 55.1 | 33,890.25 | 4.73 |
| Charitable Donations | | | 604.99 | 0.08 |
| Licenses, Permits & Fees | 331.00 | 1.1 | 1,654.06 | 0.23 |
| Other Operating Expenses | | | | |
| Misc. Operating Expenses | 3,511.47 | 11.2 | 4,024.06 | 0.56 |
| Insurance | | | | |
| General Liability Insurance | 2,448.04 | 7.8 | 13,620.60 | 1.90 |
| EPLI Insurance | | | 330.00 | 0.05 |
| Freight | | | | |
| Freight (In) | 174.00 | 0.6 | 8,343.56 | 1.16 |
| Freight (Out) | 1,764.63 | 5.6 | 33,846.08 | 4.72 |
| Tax Expenses | | | | |
| State Income Tax | | | 800.00 | 0.11 |
| Property Tax | | | 869.67 | 0.12 |
| Sales Tax on Purchases | | | -269.40 | -0.04 |
| Employee Expenses | | | | |
| Salaries-Officers | 19,362.01 | 61.9 | 218,559.38 | 30.49 |
| Hourly Wages | 2,863.31 | 9.2 | 42,286.91 | 5.90 |
| PTO Pay | 431.38 | 1.4 | 7,595.56 | 1.06 |
| Medical Insurance-Employer | 3,512.92 | 11.2 | 45,130.69 | 6.30 |

Income Statement

## Comparison of Period 12 - Year To Date

Page #    0002

| Account Description | Period 12 | | Year To Date | |
|---|---|---|---|---|
| | Amount | Percent | Amount | Percent |
| 401K Plan - Company | 33.14 | 0.1 | 2,986.55 | 0.42 |
| FICA (Social Security) - Company | 1,099.42 | 3.5 | 14,931.69 | 2.08 |
| Medicare Expense | 257.13 | 0.8 | 3,520.95 | 0.49 |
| FUTA - Federal Unemployment | | | 138.63 | 0.02 |
| SUTA - CA State Unemployment | | | 998.66 | 0.14 |
| SUTA - NV State Unemployment | | | 958.73 | 0.13 |
| Worker's Compensation Insurance | 88.77 | 0.3 | 516.52 | 0.07 |
| Contract Labor | | | 26,336.61 | 3.67 |
| Dental & Vision Insurance | -117.42 | -0.4 | -27.76 | 0.00 |
| Medical Insurance-Employee | -885.36 | -2.8 | -7,863.44 | -1.10 |
| Supplemental Health Insurance | | | 443.20 | 0.06 |
| Employee Bonus | 1,000.00 | 3.2 | 1,000.00 | 0.14 |
| Other Expenses | | | | |
| Inventory Adjustments | -122.29 | -0.4 | -4,251.80 | -0.59 |
| Loss on Returns | -2.59 | 0.0 | | |
| Bank Expense | 171.09 | 0.5 | 1,095.41 | 0.15 |
| Purchase Price Variance | | | 91.16 | 0.01 |
| Tax Rounding Difference | -0.01 | 0.0 | | |
| Payment Discount on Sales | | | 2.92 | 0.00 |
| Interest Expense | 562.24 | 1.8 | 16,309.87 | 2.28 |
| Research & Development | | | | |
| R & D Labor and Services | | | 2,862.20 | 0.40 |
| R & D Equipment and Materials | 288.75 | 0.9 | 527.80 | 0.07 |
| Compliance Testing | | | 13,278.00 | 1.85 |
| **TOTAL OPERATING EXPENSES** | 94,867.35 | 303.38 | 1,061,401.56 | 148.08 |
| **INCOME FROM OPERATIONS** | -63,597.63 | -203.38 | -344,605.13 | -48.08 |
| **Net Income :** | -63,597.63 | | -344,605.13 | |

**WILDFIRE INC.**
**CASH FLOW STATEMENT**

Week Ending 12/6/2020

| | | |
|---|---|---|
| Current AP | $ | 22,315.00 |
| AP Due (1-30 days) | $ | 25,871.00 |
| AP Due (31 days and up) | $ | 160,847.00 |
| | | |
| Amex Working Capital Weekly Payment 10/31/20 | $ | 10,975.16 |
| Amex Working Capital Weekly Payment 11/30/20 | $ | 10,975.16 |
| | | |
| **AMEX Platinum** | $ | 109,811.00 |
| **Total Accounts Payable** | **$** | **340,794.32** |
| | | |
| Bills to be paid this week : | | |
| | | |
| Bank debit | $ | - |
| Bills to be paid this week (by check) | $ | 7,966.85 |
| Total Bills to be paid from due AP this week | $ | 7,966.85 |
| | | |
| Payroll | $ | 7,360.00 | Estimated |
| | | |
| Total Payables for week ended 12/5/2020 | $ | 15,326.85 |
| | | |
| Cash Available | | |
| Wells Fargo Checking and Savings | $ | - |
| | | |
| Chase Bank Checking - General | $ | 39,088.00 |
| Chase Bank Checking - Wire transfer | $ | 100.00 |
| Chase Bank Checking - Payroll | $ | 100.00 |
| US Bank | $ | 70,000.00 |
| | | |
| Amex Working Capital Weekly Payment 10/31/20 | $ | (10,975.16) |
| Amex Working Capital Weekly Payment 11/30/20 | $ | (10,975.16) |
| | | $48,049.68 |
| Undeposited Funds (credit card payments) | | |
| | | |
| **Total Cash Available** | **$** | **87,337.68** |
| | | |
| Total Cash After Bills | $ | 72,010.83 |
| | | |
| AMEX credit card update: | | |
| Bills to be paid thru CC for week ended 3/28 | $ | 16,455.64 |
| AMEX used - balance as of 6/8/20 | | |
| Due on Mar 20, 2019 | $ | 109,811.00 |
| Total AMEX due on Apr 20th | $ | 16,455.64 |
| | | |
| Credit Line Available: | | |
| Chase Business line ($50,000.00) | $ | 4,014.00 |
| Wells Fargo Businessline ($75,000.00) | $ | 50,780.00 |
| Total Credit Available | $ | 54,794.00 |
| | | |
| Accounts Receivable update: | | |
| **Total Accounts Receivable** | **$** | **10,703.02** |
| Total Expected AR next week | $ | 8,500.00 |
| | | |
| **Net Cash Flow (Cash available+Receivables)-Payables =** | **$** | **(290,803.30)** |

| WILDFIRE INC. | | | | |
|---|---|---|---|---|
| **CASH FLOW STATEMENT** | | | | |
| | | | | |
| **Week Ending  12/12/2020** | | | | |
| | | | | |
| Current AP | | $ | 9,445.15 | |
| AP Due (1-30 days) | | $ | 18,739.00 | |
| AP Due (31 days and up) | | $ | 175,573.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Amex Working Capital Weekly Payment 10/31/20 | | $ | 10,975.16 | |
| Amex Working Capital Weekly Payment 11/30/20 | | $ | 10,975.16 | |
| | | | | |
| **AMEX Platinum** | | $ | 109,811.00 | |
| **Total Accounts Payable** | | **$** | **335,518.47** | |
| | | | | |
| Bills to be paid this week : | | | | |
| | | | | |
| **Bank debit** | | $ | - | |
| Bills to be paid this week (by check) | | $ | 1,696.66 | |
| Total Bills to be paid from due AP this week | | **$** | **1,696.66** | |
| | | | | |
| Payroll | | | | Estimated |
| | | | | |
| Total Payables for week ended 12/12/2020 | | **$** | **1,696.66** | |
| | | | | |
| **Cash Available** | | | | |
| Wells Fargo Checking and Savings | | $ | - | |
| | | | | |
| Chase Bank Checking - General | | $ | 25,008.19 | |
| Chase Bank Checking - Wire transfer | | $ | 100.00 | |
| Chase Bank Checking - Payroll | | $ | 100.00 | |
| US Bank | | $ | 70,000.00 | |
| | | | | |
| | | | | |
| Amex Working Capital Weekly Payment 10/31/20 | | $ | (10,975.16) | |
| Amex Working Capital Weekly Payment 11/30/20 | | $ | (10,975.16) | |
| | | | | $48,049.66 |
| Undeposited Funds (credit card payments) | | | | |
| | | | | |
| **Total Cash Available** | | **$** | **73,257.87** | |
| | | | | |
| **Total Cash After Bills** | | $ | 71,561.21 | |
| | | | | |
| **AMEX credit card update:** | | | | |
| Bills to be paid thru CC for week ended 3/28 | | $ | 2,461.10 | |
| AMEX used - balance as of 6/9/20 | | | | |
| Due on Mar 20, 2019 | | $ | 109,811.00 | |
| Total AMEX due on Apr 20th | | $ | 2,461.10 | |
| | | | | |
| **Credit Line Available:** | | | | |
| Chase Business line ($50,000.00) | | $ | 4,014.00 | |
| Wells Fargo Businessline ($75,000.00) | | $ | 50,780.00 | |
| **Total Credit Available** | | $ | 54,794.00 | |
| | | | | |
| | | | | |
| **Accounts Receivable update:** | | | | |
| **Total Accounts Receivable** | | **$** | **11,672.00** | |
| Total Expected AR next week | | $ | 8,500.00 | |
| | | | | |
| | | | | |
| **Net Cash Flow (Cash available+Receivables)-Payables =** | | **$** | **(298,638.28)** | |

**WILDFIRE INC.**
**CASH FLOW STATEMENT**

Week Ending 12/19/2020

| | | |
|---|---|---|
| Current AP | $ | 6,768.89 |
| AP Due (1-30 days) | $ | 18,592.00 |
| AP Due (31 days and up) | $ | 162,847.00 |
| | | |
| | | |
| | | |
| | | |
| Amex Working Capital Weekly Payment 10/31/20 | $ | 10,975.16 |
| Amex Working Capital Weekly Payment 11/30/20 | $ | 10,975.16 |
| | | |
| **AMEX Platinum** | $ | 109,811.00 |
| **Total Accounts Payable** | **$** | **319,967.21** |
| | | |
| Bills to be paid this week : | | |
| | | |
| Bank debit | $ | - |
| Bills to be paid this week (by check) | $ | 150.00 |
| Total Bills to be paid from due AP this week | $ | 150.00 |
| | | |
| Payroll | $ | 6,500.00 | Estimated |
| | | |
| Total Payables for week ended 12/19/2020 | $ | 6,650.00 |
| | | |
| Cash Available | | |
| Wells Fargo Checking and Savings | $ | - |
| | | |
| Chase Bank Checking - General | $ | 24,855.00 |
| Chase Bank Checking - Wire transfer | $ | 100.00 |
| Chase Bank Checking - Payroll | $ | 100.00 |
| US Bank | $ | 70,000.00 |
| | | |
| | | |
| Amex Working Capital Weekly Payment 10/31/20 | $ | (10,975.16) |
| Amex Working Capital Weekly Payment 11/30/20 | $ | (10,975.16) |
| | | | $48,049.68 |
| Undeposited Funds (credit card payments) | | |
| | | |
| **Total Cash Available** | **$** | **72,904.68** |
| | | |
| Total Cash After Bills | $ | 66,254.68 |
| | | |
| **AMEX credit card update:** | | |
| Bills to be paid thru CC for week ended 3/28 | $ | 1,849.87 |
| AMEX used - balance as of 6/9/20 | | |
| Due on Mar 20, 2019 | $ | 109,811.00 |
| Total AMEX due on Apr 20th | $ | 1,849.87 |
| | | |
| **Credit Line Available:** | | |
| Chase Business line ($50,000.00) | $ | 4,014.00 |
| Wells Fargo Businessline ($75,000.00) | $ | 50,780.00 |
| Total Credit Available | $ | 54,794.00 |
| | | |
| **Accounts Receivable update:** | | |
| **Total Accounts Receivable** | **$** | **11,672.00** |
| Total Expected AR next week | $ | 8,600.00 |
| | | |
| | | |
| **Net Cash Flow (Cash available+Receivables)-Payables =** | **$** | **(283,440.21)** |

**WILDFIRE INC.**
**CASH FLOW STATEMENT**

Week Ending  12/31/2020

| | | |
|---|---|---|
| Current AP | $ | 7,871.80 |
| AP Due (1-30 days) | $ | 16,226.39 |
| AP Due (31 days and up) | $ | 185,069.27 |
| | | |
| Amex Working Capital Weekly Payment 10/31/20 | $ | 10,975.16 |
| Amex Working Capital Weekly Payment 11/30/20 | $ | 10,975.16 |
| | | |
| **AMEX Platinum** | $ | 109,811.00 |
| **Total Accounts Payable** | **$** | **320,928.58** |
| | | |
| Bills to be paid this week : | | |
| | | |
| Bank debit | $ | - |
| Bills to be paid this week (by check) | $ | 3,512.92 |
| Total Bills to be paid from due AP this week | $ | 3,512.92 |
| | | |
| Payroll | $ | 6,500.00 | Estimated |
| | | |
| Total Payables for week ended 12/31/2020 | $ | 10,012.92 |
| | | |
| Cash Available | | |
| Wells Fargo Checking and Savings | $ | - |
| | | |
| Chase Bank Checking - General | $ | 20,236.03 |
| Chase Bank Checking - Wire transfer | $ | 100.00 |
| Chase Bank Checking - Payroll | $ | 100.00 |
| US Bank | $ | 70,000.00 |
| | | |
| Amex Working Capital Weekly Payment 10/31/20 | $ | (10,975.16) |
| Amex Working Capital Weekly Payment 11/30/20 | $ | (10,975.16) |
| | | $48,049.68 |
| Undeposited Funds (credit card payments) | | |
| | | |
| **Total Cash Available** | **$** | **68,485.71** |
| | | |
| Total Cash After Bills | $ | 58,472.79 |
| | | |
| **AMEX credit card update:** | | |
| Bills to be paid thru CC for week ended 3/28 | $ | - |
| AMEX used - balance as of 6/9/20 | | |
| Due on Mar 20, 2019 | $ | 109,811.00 |
| Total AMEX due on Apr 20th | $ | - |
| | | |
| **Credit Line Available:** | | |
| Chase Business line ($50,000.00) | $ | 4,014.00 |
| Wells Fargo Businessline ($75,000.00) | $ | 50,780.00 |
| Total Credit Available | $ | 54,794.00 |
| | | |
| **Accounts Receivable update:** | | |
| **Total Accounts Receivable** | **$** | **8,868.34** |
| Total Expected AR next week | $ | 7,223.00 |
| | | |
| **Net Cash Flow (Cash available+Receivables)-Payables =** | **$** | **(291,624.21)** |

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , _____

► Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A** Check if:

1a Consolidated return (attach Form 851) . . .
b Life/nonlife consolidated return . . . . . .
2 Personal holding co. (attach Sch. PH) . . .
3 Personal service corp. (see instrs) . . . .
4 Schedule M-3 attached ☐

TYPE
OR
PRINT

WILDFIRE, INC.
2908 OREGON COURT, STE. G1
TORRANCE, CA 90503

**B** Employer identification number
95-4255595

**C** Date incorporated
9/13/1989

**D** Total assets (see instructions)
$                   496,520.

**E** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

| | | | | | |
|---|---|---|---:|---|---:|
| **I N C O M E** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . | 1a | 1,483,113. | |
| | b | Returns and allowances . . . . . . . . . . . . . . . . . . | 1b | 4,234. | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | 1c | | 1,478,879. |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . | 2 | | 792,842. |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . | 3 | | 686,037. |
| | 4 | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . | 4 | | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . | 8 | | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . | 9 | | |
| | 10 | Other income (see instructions — attach statement) . . . . SEE STATEMENT 1 | 10 | | 101,407. |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . ► | 11 | | 787,444. |

| | | | | |
|---|---|---|---:|---:|
| **D E D U C T I O N S (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . . . ► | 12 | 219,563. |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . | 13 | 61,995. |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 2,984. |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 66,439. |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . SEE STATEMENT 2 | 17 | 25,225. |
| | 18 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 37,195. |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | 0. |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | 20 | 33,517. |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22 | 8,293. |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . | 23 | 6,056. |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | 45,823. |
| | 25 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | |
| | 26 | Other deductions (attach statement) . . . . . . . . . . . . . SEE STATEMENT 3 | 26 | 293,337. |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . . . ► | 27 | 800,427. |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . . | 28 | -12,983. |
| | 29a | Net operating loss deduction (see instructions) . . . . . . . . SEE ST 4 | 29a | 0. | |
| | b | Special deductions (Schedule C, line 24) . . . . . . . . . . . . . . . | 29b | | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29c | | |

| | | | | |
|---|---|---|---:|---:|
| **T A X, R E F U N D A B L E C R E D I T S, A N D P A Y M E N T S** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . . . . . . . | 30 | -12,983. |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . . . . | 31 | 0. |
| | 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . . . . . . . . . . . . | 32 | |
| | 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) . . . . . . . | 33 | 0. |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . . . . . . ► ☐ | 34 | |
| | 35 | Amount owed. If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed . . . . . . . | 35 | 0. |
| | 36 | Overpayment. If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid . . . . . . | 36 | |
| | 37 | Enter amount from line 36 you want: Credited to 2020 estimated tax . . . ► _____ Refunded ► | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____
Signature of officer          Date

► PRESIDENT & CEO
Title

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| PATRICIA BELL HARIK, CPA MST | PATRICIA BELL HARIK, CPA | | | P00097591 |

Firm's name ► HARIK MINASSI COALE     Firm's EIN ► 95-2704112

Firm's address ► 25500 HAWTHORNE BLVD, SUITE 2120
TORRANCE, CA 90505-6833     Phone no. (310) 378-9911

BAA **For Paperwork Reduction Act Notice, see separate instructions.**

CPCA0205 08/22/19

Form **1120** (2019)

Form 1120 (2019)    WILDFIRE, INC.    95-4255595    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c) lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

CPCA0212 08/22/19

Form 1120 (2019)   WILDFIRE, INC.                                    95-4255595          Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|

**Part I — Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) See instructions .. ▶ ☐ | | | |
| 2 | Income tax. See instructions. ........................................................ | | **2** | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) ...................................... | | **3** | |
| 4 | Add lines 2 and 3 .................................................................. | | **4** | 0. |
| 5a | Foreign tax credit (attach Form 1118) ..................................... | **5a** | | |
| b | Credit from Form 8834 (see instructions) .................................. | **5b** | | |
| c | General business credit (attach Form 3800) ............................... | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) ....................... | **5d** | | |
| e | Bond credits from Form 8912 ............................................ | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e ............................................... | | **6** | |
| 7 | Subtract line 6 from line 4 ............................................................ | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) ............................ | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) ......................... | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) ................. | **9b** | | |
| c | Interest due under the look-back method — completed long-term contracts (attach Form 8697) ......................................................... | **9c** | | |
| d | Interest due under the look-back method — income forecast method (attach Form 8866) ............................................................... | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) .............. | **9e** | | |
| f | Other (see instructions — attach statement) ............................... | **9f** | | |
| 10 | **Total.** Add lines 9a through 9f ...................................................... | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 .................... | | **11** | 0. |

**Part II — Section 965 Payments (see instructions)**

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 .. | **12** | |

**Part III — Payments and Refundable Credits, and Section 965 Net Tax Liability**

| | | | | |
|---|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 ...................................................... | | **13** | |
| 14 | 2019 estimated tax payments .......................................................... | | **14** | |
| 15 | 2019 refund applied for on Form 4466 ................................................... | | **15** | |
| 16 | Combine lines 13, 14, and 15 .......................................................... | | **16** | 0. |
| 17 | Tax deposited with Form 7004 .......................................................... | | **17** | |
| 18 | Withholding (see instructions) ........................................................ | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 .............................................. | | **19** | 0. |
| 20 | Refundable credits from: | | | |
| a | Form 2439 ............................................................ | **20a** | | |
| b | Form 4136 ............................................................ | **20b** | | |
| c | Form 8827, line 5c .................................................... | **20c** | | |
| d | Other (attach statement — see instructions) .............................. | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d ............................................... | | **21** | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions ...................... | | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 ................................................... | | **23** | 0. |

Form **1120** (2019)

Form 1120 (2019)   WILDFIRE, INC.                                                    95-4255595                    Page **4**

| Schedule K | Other Information (see instructions) | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) ► _____ | | | |
| 2 | See the instructions and enter the: | | | |
| | **a** Business activity code no. ► 423600 _____ | | | |
| | **b** Business activity ► SALES _____ | | | |
| | **c** Product or service ► LIGHTING _____ | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .................. | | | X |
| | If "Yes," enter name and EIN of the parent corporation ► _____ | | | |
| 4 | At the end of the tax year: | | | |
| | **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ............. | | | X |
| | **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)  . | | X | |
| 5 | At the end of the tax year, did the corporation: | | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ...................... | | | X |
| | If "Yes," complete (i) through (iv) below. | | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ...................... | | | X |
| | If "Yes," complete (i) through (iv) below. | | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ....................... | | | X |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | | X |
| | **(a)** Percentage owned ► _____ and **(b)** Owner's country ► _____ | | | |
| | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► _____ | | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ...................► ☐ | | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year  ► $ _____ NONE | | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer)  ► 3 _____ | | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) .....................► ☐ | | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ................................. ► $     764,102. | | | |

Form **1120** (2019)

Form 1120 (2019)      WILDFIRE, INC.                                                      35-4255595              Page **5**

| Schedule K | Other Information (continued from page 4) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|:---:|:---:|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ► $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . . . . . If "Yes," complete and attach Schedule UTP. | | X |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions     ► $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 14 . . . . . . . . . . . . ► $ | | |

Form **1120** (2019)

Form 1120 (2019)    WILDFIRE, INC.                                      95-4255595                    Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 49,308. | | 47,609. |
| 2a | Trade notes and accounts receivable | 380,698. | | 56,138. | |
| b | Less allowance for bad debts | | 380,698. | | 56,138. |
| 3 | Inventories | | 304,105. | | 343,944. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) SEE ST. 5 | | 29,350. | | 20,172. |
| 7 | Loans to shareholders | | 14,537. | | 13,868. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) SEE ST. 6 | | 2,444. | | 2,444. |
| 10a | Buildings and other depreciable assets | 257,498. | | 290,108. | |
| b | Less accumulated depreciation | 244,246. | 13,252. | 277,763. | 12,345. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 793,694. | | 496,520. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 240,065. | | 245,504. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) SEE ST. 7 | | 4,502. | | 32,731. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 463,783. | | 152,943. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 200. | 200. | 200. | 200. |
| 23 | Additional paid-in capital | | 2,036,402. | | 2,036,402. |
| 24 | Retained earnings — Approp (att stmt) | | | | |
| 25 | Retained earnings — Unappropriated | | -1,951,258. | | -1,971,260. |
| 26 | Adjmt to shareholders' equity (att stmt) | | | | |
| 27 | Less cost of treasury stock | | | | |
| 28 | Total liabilities and shareholders' equity | | 793,694. | | 496,520. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return
**Note:** The corporation may be required to file  Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -20,002. | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): a Depreciation.. $    b Charitable contribns $ | |
| a | Depreciation........ $ | | | | |
| b | Charitable contributions.. $ 5,815. | | | | |
| c | Travel & entertainment .. $ 574. STATEMENT 8  630. | | | | |
| | | 7,019. | 9 | Add lines 7 and 8 | 0. |
| 6 | Add lines 1 through 5 | -12,983. | 10 | Income (page 1, line 28) — line 6 less line 9 | -12,983. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,951,258. | 5 | Distributions........ a Cash | |
| 2 | Net income (loss) per books | -20,002. | | b Stock     c Property | |
| 3 | Other increases (itemize): | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -1,971,260. | 8 | Balance at end of year (line 4 less line 7) | -1,971,260. |

Form **1120** (2019)

CPCA0234  06/22/19

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

### Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| WILDFIRE, INC. | 95-4255595 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 304,105. |
| 2 | Purchases | **2** | 789,500. |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) ............ SEE STATEMENT 9 | **5** | 43,181. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,136,786. |
| 7 | Inventory at end of year | **7** | 343,944. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 792,842. |

**9 a** Check all methods used for valuing closing inventory:
    (i) ☐ Cost
    (ii) ☒ Lower of cost or market
    (iii) ☐ Other (Specify method used and attach explanation.) ► _____

**b** Check if there was a writedown of subnormal goods ......................................................... ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .................. ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ................................................................................................ | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ......... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation .......................................................... ☐ Yes ☒ No

BAA **For Paperwork Reduction Act Notice, see instructions.**                                          Form **1125-A** (Rev. 11-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock
► Attach to Form 1120.
► See instructions.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| WILDFIRE, INC. | 95-4255595 |

**Part I** | **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** | **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| JOHN BERARDI | | UNITED STATES | 38.00% |
| LAURENCE FRIEDMAN | | UNITED STATES | 57.00% |
| JOHN BERARDI | | UNITED STATES | 38.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BAA    For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

CPCA1901L  06/02/11

Schedule G (Form 1120) (Rev 12-2011)

Form **1125-E**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| WILDFIRE, INC. | 95-4255595 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | JOHN BERARDI | - - - | 100 % | 38.00 % | 0.00 % | 145,456. |
| | DEREK FUJIMOTO | | 100 % | 5.00 % | 0.00 % | 74,107. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers ...................................................... | 219,563. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return ............................... | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return............................................................... | 219,563. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** Form **1125-E** (Rev 10-2016)

CPCA2101L  08/18/16

| Form **4562** | | **Depreciation and Amortization**<br>**(Including Information on Listed Property)**<br>▶ Attach to your tax return.<br>▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172<br>**2019**<br>Attachment<br>Sequence No. **179** |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service   (99)

| Name(s) shown on return | Identifying number |
|---|---|
| WILDFIRE, INC. | 95-4255595 |

Business or activity to which this form relates

FORM 1120

## Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | | 1 | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | | | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | | 3 | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | | 12 | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ▶ | | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | | | 14 | 32,610. |
| 15 | Property subject to section 168(f)(1) election | | | 15 | |
| 16 | Other depreciation (including ACRS) | | | 16 | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | | | |
|---|---|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | | | 17 | 907. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | | | |

### Section B — Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 30-year | | | 30 yrs | MM | S/L | |
| d 40-year | | | 40 yrs | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | | |
|---|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | | 22 | 33,517. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.        FDIZ0812L 08/05/19        Form **4562** (2019)

| 2019 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | WILDFIRE, INC. | 95-4255595 |

**STATEMENT 1**
**FORM 1120, LINE 10**
**OTHER INCOME**

| | | |
|---|---|---:|
| COMMISSION INCOME | $ | 17,649. |
| GAIN ON RETURNS | | 1. |
| MISCELLANEOUS INCOME | | 3,380. |
| SHIPPING REVENUE | | 80,377. |
| TOTAL | $ | 101,407. |

**STATEMENT 2**
**FORM 1120, LINE 17**
**TAXES AND LICENSES**

| | | |
|---|---|---:|
| LICENSES AND PERMITS | $ | 615. |
| PAYROLL TAXES | | 24,018. |
| PERSONAL PROPERTY TAXES | | 834. |
| SALES TAX | | -242. |
| TOTAL | $ | 25,225. |

**STATEMENT 3**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | | |
|---|---|---:|
| AMAZON FEES | $ | 6,696. |
| AUTO AND TRUCK | | 1,483. |
| BANK CHARGES | | 1,297. |
| COMPUTER SERVERS & SOFTWARE | | 39,436. |
| CREDIT CARD FEES | | 23,748. |
| DELIVERY AND FREIGHT | | 73,753. |
| DESIGN AND CREATIVE SERVICES | | 3,690. |
| GIFTS | | 3,100. |
| INSURANCE | | 24,389. |
| LEGAL AND PROFESSIONAL | | 20,725. |
| MEALS | | 574. |
| MISCELLANEOUS | | 4,241. |
| OFFICE EXPENSE | | 7,933. |
| OTHER EXPENSES | | 287. |
| OUTSIDE SERVICES | | 16,656. |
| POSTAGE | | 6,637. |
| RESEARCH AND DEVELOPMENT | | 20,666. |
| ROYALTIES | | 737. |
| SUPPLIES | | 9,871. |
| TELEPHONE | | 7,098. |
| TRAVEL | | 940. |
| UTILITIES | | 5,146. |
| WEBSITE | | 14,234. |
| TOTAL | $ | 293,337. |

| 2019 | **FEDERAL STATEMENTS** | **PAGE 2** |
|------|------------------------|-----------|

WILDFIRE, INC.

95-4255595

**STATEMENT 4**
**FORM 1120, LINE 29A**
**NET OPERATING LOSS DEDUCTION**

| | | |
|---|---|---|
| CARRYOVER GENERATED FROM YEAR END  12/31/01 | $    146,457. | |
|   AMOUNT UTILIZED IN 2018 | 76,961. | |
|    TOTAL UTILIZATION | $     76,961. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 69,496. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/02 | $    128,429. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 128,429. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/03 | $     47,081. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 47,081. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/05 | $     79,674. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 79,674. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/06 | $     33,110. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 33,110. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/07 | $    147,060. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 147,060. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/08 | $    133,040. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 133,040. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/14 | $     79,128. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 79,128. |
| | | |
| CARRYOVER GENERATED FROM YEAR END  12/31/15 | $     47,084. | |
|   AVAILABLE FOR CARRYOVER TO 2019................................................. | | 47,084. |
| NET OPERATING LOSSES AVAILABLE IN 2019...........................................$ | | 764,102. |
| TAXABLE INCOME.................................................................... | | -12,983. |
| | | |
| TOTAL NET OPERATING LOSS DEDUCTION................................................ | | 0. |

| 2019 | FEDERAL STATEMENTS | PAGE 3 |
|---|---|---|
| | WILDFIRE, INC. | 95-4255595 |

**STATEMENT 5**
**FORM 1120, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| EMPLOYEE ADVANCES | $ 150. | $ 150. |
| EMPLOYEE LOAN | 0. | 12,351. |
| PREPAID INTEREST | 0. | 347. |
| VENDOR ADVANCES | 29,200. | 7,324. |
| TOTAL | $ 29,350. | $ 20,172. |

**STATEMENT 6**
**FORM 1120, SCHEDULE L, LINE 9**
**OTHER INVESTMENTS**

| | BEGINNING | ENDING |
|---|---|---|
| CINEMA RIDE | $ 2,444. | $ 2,444. |
| TOTAL | $ 2,444. | $ 2,444. |

**STATEMENT 7**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| CUSTOMER ADVANCES | $ 1,898. | $ 21,815. |
| EQUIPMENT LOAN | 0. | 8,863. |
| SALES TAX PAYABLE | 2,451. | 1,821. |
| SALES TAX PAYABLE - NV | 153. | 232. |
| TOTAL | $ 4,502. | $ 32,731. |

**STATEMENT 8**
**FORM 1120, SCHEDULE M-1, LINE 5**
**BOOK EXPENSES NOT DEDUCTED**

| | |
|---|---|
| OFFICER LIFE INSURANCE PREMIUMS | $ 630. |
| TOTAL | $ 630. |

**STATEMENT 9**
**FORM 1125-A, LINE 5**
**OTHER COST OF GOODS SOLD**

| | |
|---|---|
| FREIGHT IN | $ 15,472. |
| INVENTORY ADJUSTMENT | 3,266. |
| MISCELLANEOUS FEES | 17,046. |
| RENTAL REPAIRS | 58. |
| SCRAPED/LOST/DAMAGED PARTS | 7,339. |
| TOTAL | $ 43,181. |

| 2019 | GENERAL ELECTIONS | PAGE 1 |
|---|---|---|
| | **WILDFIRE, INC.** | 95-4255595 |

**ELECTION TO DEPRECIATE MACRS PROPERTY UNDER THE STRAIGHT LINE METHOD**

PURSUANT TO IRC SECTION 168(B)(3)(D), THE CORPORATION HEREBY ELECTS TO DEPRECIATE
THE FOLLOWING PROPERTY PLACED IN SERVICE IN THE TAX YEAR ENDED 12/31/19 UNDER THE
STRAIGHT LINE METHOD.

COMPUTER SOFTWARE

**SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION**

THE CORPORATION HEREBY MAKES THE DE MINIMIS SAFE HARBOR ELECTION UNDER REGULATION
1.263(A)-1(F).

WILDFIRE, INC.
2908 OREGON COURT, STE. G1
TORRANCE, CA 90503
95-4255595

| 2019 | FEDERAL INCOME TAX SUMMARY | | PAGE 1 |
|------|---------------------------|--|--------|

**WILDFIRE, INC.**                                                    95-4255595

| | 2019 | 2018 | DIFF |
|---|---:|---:|---:|
| **INCOME** | | | |
| GROSS RECEIPTS LESS RETURNS/ALLOWANCE.. | 1,478,879 | 1,255,050 | 223,829 |
| COST OF GOODS SOLD............................ | 792,842 | 697,460 | 95,382 |
| GROSS PROFIT................................. | 686,037 | 557,590 | 128,447 |
| OTHER INCOME................................. | 101,407 | 454,736 | -353,329 |
| TOTAL INCOME................................. | 787,444 | 1,012,326 | -224,882 |
| **DEDUCTIONS** | | | |
| COMPENSATION OF OFFICERS..................... | 219,563 | 217,446 | 2,117 |
| SALARIES/WAGES LESS EMPLOYMENT CREDITS. | 61,995 | 99,424 | -37,429 |
| REPAIRS AND MAINTENANCE...................... | 2,984 | 2,360 | 624 |
| RENTS....................................... | 66,439 | 61,899 | 4,540 |
| TAXES AND LICENSES........................... | 25,225 | 28,606 | -3,381 |
| INTEREST.................................... | 37,195 | 42,305 | -5,110 |
| DEPRECIATION................................ | 33,517 | 4,576 | 28,941 |
| ADVERTISING................................. | 8,293 | 24,984 | -16,691 |
| PENSION, PROFIT-SHARING, ETC. PLANS..... | 6,056 | 0 | 6,056 |
| EMPLOYEE BENEFIT PROGRAMS.................... | 45,823 | 0 | 45,823 |
| OTHER DEDUCTIONS............................ | 293,337 | 279,552 | 13,785 |
| TOTAL DEDUCTIONS............................ | 800,427 | 761,152 | 39,275 |
| **TAXABLE INCOME** | | | |
| TAXABLE INCOME (LINE 28)..................... | -12,983 | 251,174 | -264,157 |
| LESS NET OPERATING LOSS DEDUCTION........ | 0 | 251,174 | -251,174 |
| TAXABLE INCOME.............................. | -12,983 | 0 | -12,983 |
| **TAX COMPUTATION** | | | |
| INCOME TAX.................................. | 0 | 0 | 0 |
| TOTAL TAX................................... | 0 | 0 | 0 |
| **PAYMENTS AND CREDITS** | | | |
| TOTAL PAYMENTS AND CREDITS.................. | 0 | 0 | 0 |
| **REFUND OR AMOUNT DUE** | | | |
| OVERPAYMENT................................. | 0 | 0 | 0 |
| TAX DUE..................................... | 0 | 0 | 0 |
| **SCHEDULE L** | | | |
| BEGINNING ASSETS............................ | 793,694 | 557,471 | 236,223 |
| BEGINNING LIABILITIES & EQUITY............ | 793,694 | 557,471 | 236,223 |
| ENDING ASSETS............................... | 496,520 | 793,694 | -297,174 |
| ENDING LIABILITIES & EQUITY................. | 496,520 | 793,694 | -297,174 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE........................... | 0.0% | 0.0% | 0.0% |

| 2019 | FEDERAL BALANCE SHEET SUMMARY | PAGE 1 |
|---|---|---|
| | WILDFIRE, INC. | 95-4255595 |

**ENDING ASSETS**

| | | |
|---|---:|---:|
| CASH | | 47,609 |
| ACCOUNTS RECEIVABLE | 56,138 | |
| LESS: ALLOWANCE FOR BAD DEBTS | (0) | 56,138 |
| INVENTORIES | | 343,944 |
| OTHER CURRENT ASSETS | | 20,172 |
| LOANS TO SHAREHOLDERS | | 13,868 |
| OTHER INVESTMENTS | | 2,444 |
| BUILDINGS AND OTHER ASSETS | 290,108 | |
| LESS: ACCUMULATED DEPRECIATION | (277,763) | 12,345 |
| | | |
| TOTAL ASSETS | | 496,520 |

**ENDING LIABILITIES & EQUITY**

| | | |
|---|---:|---:|
| ACCOUNTS PAYABLE | | 245,504 |
| OTHER CURRENT LIABILITIES | | 32,731 |
| LONG TERM NOTES PAYABLE | | 152,943 |
| COMMON STOCK | 200 | 200 |
| ADDITIONAL PAID-IN CAPITAL | | 2,036,402 |
| UNAPPROPRIATED RETAINED EARNINGS | | -1,971,260 |
| | | |
| TOTAL LIABILITIES AND EQUITY | | 496,520 |

# 12/31/19     2019 FEDERAL SUMMARY DEPRECIATION SCHEDULE     PAGE 1

## WILDFIRE, INC.                                                            95-4255595

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120** | | | | | | | | | | |
| | **COMPUTER EQUIPMENT** | | | | | | | | | |
| 1 | COMPUTER EQUIPMENT | 2/10/04 | | 5,383 | | | 5,383 | S/L  HY | 5 | 0 |
| 2 | DELL COMPUTERS | 10/01/06 | | 2,055 | | | 2,055 | 200DB HY | 5 | 0 |
| 3 | HP PRINTER | 12/29/06 | | 881 | | | 881 | 200DB HY | 5 | 0 |
| 4 | COMPUTER EQUIPMENT | 11/06/07 | | 1,627 | | | 1,627 | 200DB HY | 5 | 0 |
| 5 | DELL SERVER | 8/11/08 | | 2,586 | | | 2,586 | 200DB HY | 5 | 0 |
| 6 | COMPUTER EQUIPMENT | 7/01/09 | | 6,555 | | | 6,555 | 200DB HY | 5 | 0 |
| 7 | DELL WORKSTATION COMPUTER | 3/07/11 | | 849 | | | 849 | 200DB HY | 5 | 0 |
| 8 | DELL WEB SERVER | 10/19/11 | | 4,188 | | | 4,188 | 200DB HY | 5 | 0 |
| 9 | DELL DATABASE SERVER | 10/19/11 | | 4,887 | | | 4,887 | 200DB HY | 5 | 0 |
| 10 | THERMAL TRANSFER PRINTER | 11/15/11 | | 490 | | | 490 | 200DB HY | 5 | 0 |
| 11 | DELL COMPUTER | 1/19/12 | | 1,397 | | | 1,397 | 200DB HY | 5 | 0 |
| 12 | IPAD | 4/26/12 | | 908 | | | 908 | 200DB HY | 5 | 0 |
| 13 | IMAC | 10/26/12 | | 1,460 | | | 1,460 | 200DB HY | 5 | 0 |
| 14 | DELL COMPUTER | 9/24/13 | | 543 | | | 543 | 200DB HY | 5 | 0 |
| 15 | DELL COMPUTER | 12/13/13 | | 1,611 | | | 1,611 | 200DB HY | 5 | 0 |
| 16 | IPHONES | 7/01/13 | | 942 | | | 942 | 200DB HY | 5 | 0 |
| 17 | DELL OPTIPLEX 9020 | 6/13/14 | | 1,523 | | | 1,523 | 200DB HY | 5 | 0 |
| 18 | DELL T3610 & MONITOR | 10/29/14 | | 3,417 | | | 3,417 | 200DB HY | 5 | 0 |
| 19 | DELL MONITORS (2) | 11/16/14 | | 741 | | | 741 | 200DB HY | 5 | 0 |
| 20 | DELL MONITOR | 11/20/14 | | 576 | | | 576 | 200DB HY | 5 | 0 |
| 21 | DELL MONITOR STAND | 11/20/14 | | 170 | | | 170 | 200DB HY | 5 | 0 |
| 22 | DELL OPTIFLEX 930 | 8/05/15 | | 1,561 | | | 1,561 | 200DB HY | 5 | 0 |
| 23 | DELL NETWORKING SWITCH | 9/11/15 | | 551 | | | 551 | 200DB HY | 5 | 0 |
| 24 | DSX DATA PHONES | 10/08/15 | | 1,723 | | | 1,723 | 200DB HY | 5 | 0 |
| 25 | OPTIPLEX 9030 COMPUTER | 1/06/16 | | 1,484 | | | 1,484 | 200DB HY | 5 | 0 |
| 26 | DELL MOBILE 5520 | 6/15/17 | | 3,252 | | | 3,252 | 200DB HY | 5 | 0 |
| 27 | DELL 24 MONITOR | 6/15/17 | | 598 | | | 598 | 200DB HY | 5 | 0 |
| 28 | DELL COMPUTER | 1/08/18 | | 839 | | | 839 | 200DB HY | 5 | 0 |
| 29 | DELL COMPUTER | 3/30/18 | | 1,737 | | | 1,737 | 200DB HY | 5 | 0 |
| 81 | DELL COMPUTER | 7/19/19 | | 641 | | 641 | | 200DB HY | 5 | 0 |
| 82 | DELL COMPUTER | 8/01/19 | | 1,001 | | 1,001 | | 200DB HY | 5 | 0 |
| | **TOTAL COMPUTER EQUIPMENT** | | | 56,176 | | 1,642 | 54,534 | | | 0 |
| | **COMPUTER SOFTWARE** | | | | | | | | | |

| 12/31/19 | 2019 FEDERAL SUMMARY DEPRECIATION SCHEDULE | PAGE 2 |

**WILDFIRE, INC.**

95-4255595

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | VARIOUS SOFTWARE | 7/01/03 | | 3,508 | | | 3,508 | S/L  HY | 5 | 0 |
| 31 | ENTERPRISE SOFTWARE | 6/01/05 | | 3,735 | | | 3,735 | S/L  HY | 3 | 0 |
| 32 | EVEREST SOFTWARE | 12/18/06 | | 20,244 | | | 20,244 | S/L  HY | 3 | 0 |
| 33 | EVEREST SOFTWARE | 6/19/08 | | 975 | | | 975 | S/L  HY | 3 | 0 |
| 34 | COMPUTER SOFTWARE | 7/01/09 | | 5,179 | | | 5,179 | S/L  HY | 3 | 0 |
| 35 | COMPUTER SOFTWARE | 7/01/10 | | 3,183 | | | 3,183 | S/L  HY | 3 | 0 |
| 36 | COMPUTER SOFTWARE | 7/01/13 | | 2,362 | | | 2,362 | S/L  HY | 3 | 0 |
| 37 | COMPUTER SOFTWARE | 8/25/14 | | 342 | | | 342 | 200DB HY | 5 | 0 |
| 83 | OUTERBOX | 1/08/19 | | 15,000 | | 15,000 | | S/L  HY | 3 | 0 |
| 84 | MY CHOICE SOFTWARE | 3/20/19 | | 1,638 | | 1,638 | | S/L  HY | 3 | 0 |
| 85 | CLOUD9 ERP SOLUTIONS | 12/01/19 | | 972 | | 972 | | S/L  HY | 3 | 0 |
| | TOTAL COMPUTER SOFTWARE | | | 57,138 | | 17,610 | 39,528 | | | 0 |
| | **FURNITURE AND FIXTURES** | | | | | | | | | |
| 38 | FIXTURES & EQUIPMENT | 1/01/97 | | 1,395 | | | 1,395 | 200DB HY | 7 | 0 |
| 39 | TV - DEMO ROOM | 9/28/00 | | 487 | | | 487 | S/L | 10 | 0 |
| 40 | VIDEO PROJECTOR | 8/14/01 | | 2,800 | | | 2,800 | S/L | 10 | 0 |
| 41 | FURNITURE & FIXTURES | 9/10/04 | | 8,092 | | | 8,092 | S/L | 7 | 0 |
| 42 | FURNITURE & FIXTURES | 10/27/05 | | 3,389 | | | 3,389 | 200DB HY | 5 | 0 |
| 43 | FIXTURE CASE | 9/29/06 | | 2,436 | | | 2,436 | 200DB HY | 5 | 0 |
| 44 | DESKS | 10/15/06 | | 4,741 | | | 4,741 | 200DB HY | 5 | 0 |
| 45 | PHONE SYSTEM | 10/01/06 | | 4,889 | | | 4,889 | 200DB HY | 5 | 0 |
| 46 | CANON DIGITAL CAMERA | 8/17/07 | | 580 | | | 580 | 200DB HY | 5 | 0 |
| 47 | FURNITURE & FIXTURES | 7/01/10 | | 14,122 | | | 14,122 | 200DB HY | 5 | 0 |
| 48 | BIN UNIT | 8/06/12 | | 508 | | | 508 | 200DB HY | 5 | 0 |
| 49 | BOOTH SIGN | 9/30/15 | | 927 | | | 927 | 200DB HY | 5 | 0 |
| 50 | FURNITURE & FIXT | 2/23/15 | | 664 | | | 664 | 200DB HY | 5 | 0 |
| 51 | SECURITY EQUIPMENT | 5/12/16 | | 2,037 | | | 2,037 | 200DB HY | 5 | 0 |
| 52 | EXHIBIT COUNTER | 10/03/16 | | 3,450 | | | 3,450 | 200DB HY | 5 | 0 |
| 53 | ROAD CASE | 10/10/16 | | 1,496 | | | 1,496 | 200DB HY | 5 | 0 |
| 54 | FURNITURE & FIXTURES | 10/05/17 | | 589 | | | 589 | 200DB HY | 5 | 0 |
| 55 | TRADE SHOW SIGN | 10/23/17 | | 1,598 | | | 1,598 | 200DB HY | 5 | 0 |
| | TOTAL FURNITURE AND FIXTURE | | | 54,200 | | 0 | 54,200 | | | 0 |
| | IMPROVEMENTS | | | | | | | | | |
| 56 | SHELVING | 11/01/06 | | 5,893 | | | 4,765 | S/L  HY | 15 | 393 |
| 57 | ALARM SYSTEM | 10/18/06 | | 1,119 | | | 909 | S/L  HY | 15 | 75 |

| 12/31/19 | 2019 FEDERAL SUMMARY DEPRECIATION SCHEDULE | PAGE 3 |
|---|---|---|

**WILDFIRE, INC.**                                                       95-4255595

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | TENANT IMPROVEMENTS | 11/01/06 | | 16,396 | | | 5,093 | S/L  MM | 39 | 420 |
| 59 | IMPROVEMENTS | 1/10/13 | | 723 | | | 113 | S/L  MM | 39 | 19 |
| | TOTAL IMPROVEMENTS | | | 24,131 | | 0 | 10,880 | | | 907 |
| | MACHINERY AND EQUIPMENT | | | | | | | | | |
| 60 | SHOW CONTROLLER | 9/01/97 | | 2,356 | | | 2,356 | 200DB HY | 7 | 0 |
| 61 | MACHINERY AND EQUIPMENT | 10/01/99 | | 3,737 | | | 3,737 | 200DB HY | 7 | 0 |
| 62 | RUTLAND DRILL PRESS | 3/20/00 | | 429 | | | 429 | S/L | 10 | 0 |
| 63 | UNIVERSAL VOLATAGE POWER | 8/03/00 | | 4,325 | | | 4,325 | S/L | 10 | 0 |
| 64 | SQUARING MACHINE | 3/07/03 | | 1,200 | | | 1,200 | S/L | 7 | 0 |
| 65 | MACHINERY & EQUIPMENT | 11/01/05 | | 3,588 | | | 3,588 | 200DB HY | 5 | 0 |
| 66 | INFOGATE SYSTEM | 3/05/08 | | 975 | | | 975 | 200DB HY | 5 | 0 |
| 67 | 6 CHANNEL HYBRID DMX PACK | 9/24/08 | | 363 | | | 363 | 200DB HY | 5 | 0 |
| 68 | MACHINERY AND EQUIPMENT | 7/01/10 | | 526 | | | 526 | 200DB HY | 5 | 0 |
| 69 | MACHINERY AND EQUIPMENT | 7/01/11 | | 8,934 | | | 8,934 | 200DB HY | 5 | 0 |
| 70 | MACHINERY AND EQUIPMENT | 7/01/12 | | 14,126 | | | 14,126 | 200DB HY | 5 | 0 |
| 71 | MACHINERY AND EQUIPMENT | 7/01/13 | | 34,828 | | | 34,828 | 200DB HY | 5 | 0 |
| 72 | TOOL HAND CRIMP | 8/25/14 | | 967 | | | 967 | 200DB HY | 5 | 0 |
| 73 | MACHINING TOOL | 10/17/14 | | 2,250 | | | 2,250 | 200DB HY | 5 | 0 |
| 74 | LABEL DIE CUT TOOLING | 10/30/14 | | 565 | | | 565 | 200DB HY | 5 | 0 |
| 75 | MACHINING TOOL | 12/11/14 | | 2,250 | | | 2,250 | 200DB HY | 5 | 0 |
| 76 | ADHESIVE DIE TOOLING | 5/12/15 | | 278 | | | 278 | 200DB HY | 5 | 0 |
| 77 | EXTRUSION TOOL | 4/21/15 | | 2,982 | | | 2,982 | 200DB HY | 5 | 0 |
| 78 | TIME CLOCK | 2/02/16 | | 425 | | | 425 | 200DB HY | 5 | 0 |
| 79 | THERMO COOL | 1/08/19 | | 900 | | 900 | | 200DB HY | 5 | 0 |
| 80 | PINNACLE PRECISION SHEET | 11/14/19 | | 960 | | 960 | | 200DB HY | 5 | 0 |
| 86 | FORK LIFT | 3/14/19 | | 11,498 | | 11,498 | | 200DB HY | 5 | 0 |
| | TOTAL MACHINERY AND EQUIPME | | | 98,462 | | 13,358 | 85,104 | | | 0 |
| | TOTAL DEPRECIATION | | | 290,107 | | 32,610 | 244,246 | | | 907 |
| | GRAND TOTAL DEPRECIATION | | | 290,107 | | 32,610 | 244,246 | | | 907 |

| 12/31/19 | | 2019 FEDERAL DEPRECIATION SCHEDULE | | | PAGE 1 |
|---|---|---|---|---|---|
| | | WILDFIRE, INC. | | | 95-4255595 |

FORM 1120

COMPUTER EQUIPMENT

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/BONUS/SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER EQUIPMENT | 2/10/04 | | 5,383 | | | | | | | 5,383 | 5,383 | S/L HY | 5 | | 0 |
| 2 | DELL COMPUTERS | 10/01/06 | | 2,055 | | | | | | | 2,055 | 2,055 | 200DB HY | 5 | | 0 |
| 3 | HP PRINTER | 12/29/06 | | 881 | | | | | | | 881 | 881 | 200DB HY | 5 | | 0 |
| 4 | COMPUTER EQUIPMENT | 11/06/07 | | 1,627 | | | | | | | 1,627 | 1,627 | 200DB HY | 5 | | 0 |
| 5 | DELL SERVER | 8/11/08 | | 2,586 | | | | | | | 2,586 | 2,586 | 200DB HY | 5 | | 0 |
| 6 | COMPUTER EQUIPMENT | 7/01/09 | | 6,555 | | | | | | | 6,555 | 6,555 | 200DB HY | 5 | | 0 |
| 7 | DELL WORKSTATION COMPUTER | 3/07/11 | | 849 | | | | | | | 849 | 849 | 200DB HY | 5 | | 0 |
| 8 | DELL WEB SERVER | 10/19/11 | | 4,188 | | | | | | | 4,188 | 4,188 | 200DB HY | 5 | | 0 |
| 9 | DELL DATABASE SERVER | 10/19/11 | | 4,887 | | | | | | | 4,887 | 4,887 | 200DB HY | 5 | | 0 |
| 10 | THERMAL TRANSFER PRINTER | 11/15/11 | | 490 | | | | | | | 490 | 490 | 200DB HY | 5 | | 0 |
| 11 | DELL COMPUTER | 1/19/12 | | 1,397 | | | | | | | 1,397 | 1,397 | 200DB HY | 5 | | 0 |
| 12 | IPAD | 4/26/12 | | 908 | | | | | | | 908 | 908 | 200DB HY | 5 | | 0 |
| 13 | IMAC | 10/26/12 | | 1,460 | | | | | | | 1,460 | 1,460 | 200DB HY | 5 | | 0 |
| 14 | DELL COMPUTER | 9/24/13 | | 543 | | | | | | | 543 | 543 | 200DB HY | 5 | | 0 |
| 15 | DELL COMPUTER | 12/13/13 | | 1,611 | | | | | | | 1,611 | 1,611 | 200DB HY | 5 | | 0 |
| 16 | IPHONES | 7/01/13 | | 942 | | | | | | | 942 | 942 | 200DB HY | 5 | | 0 |
| 17 | DELL OPTIFLEX 9020 | 6/13/14 | | 1,523 | | | | 1,523 | | | | | 200DB HY | 5 | | 0 |
| 18 | DELL T3610 & MONITOR | 10/29/14 | | 3,417 | | | | 3,417 | | | | | 200DB HY | 5 | | 0 |
| 19 | DELL MONITORS (2) | 11/16/14 | | 741 | | | | 741 | | | | | 200DB HY | 5 | | 0 |
| 20 | DELL MONITOR | 11/20/14 | | 576 | | | | 576 | | | | | 200DB HY | 5 | | 0 |
| 21 | DELL MONITOR STAND | 11/20/14 | | 170 | | | | 170 | | | | | 200DB HY | 5 | | 0 |
| 22 | DELL OPTIFLEX 930 | 8/05/15 | | 1,561 | | | | 1,561 | | | | | 200DB HY | 5 | | 0 |
| 23 | DELL NETWORKING SWITCH | 9/01/15 | | 551 | | | | 551 | | | | | 200DB HY | 5 | | 0 |

**12/31/19**

## 2019 FEDERAL DEPRECIATION SCHEDULE

### WILDFIRE, INC.

PAGE 2

95-4255595

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | DSX DATA PHONES | 10/08/15 | | 1,723 | | | | 1,723 | | | 0 | | 200DB HY | 5 | | 0 |
| 25 | OPTIPLEX 9030 COMPUTER | 1/06/16 | | 1,494 | | | | 1,494 | | | 0 | | 200DB HY | 5 | | 0 |
| 26 | DELL MOBILE 5520 | 6/15/17 | | 3,252 | | | | 3,252 | | | 0 | | 200DB HY | 5 | | 0 |
| 27 | DELL 24 MONITOR | 6/15/17 | | 598 | | | | 598 | | | 0 | | 200DB HY | 5 | | 0 |
| 28 | DELL COMPUTER | 1/08/18 | | 839 | | | | 839 | | | 0 | | 200DB HY | 5 | | 0 |
| 29 | DELL COMPUTER | 3/30/18 | | 1,737 | | | | 1,737 | | | 0 | | 200DB HY | 5 | | 0 |
| 81 | DELL COMPUTER | 7/19/19 | | 641 | | | 641 | | | | 0 | | 200DB HY | 5 | .20000 | 0 |
| 82 | DELL COMPUTER | 8/01/19 | | 1,001 | | | 1,001 | | | | 0 | | 200DB HY | 5 | .20000 | 0 |
| | TOTAL COMPUTER EQUIPMENT | | | 56,176 | | 0 | 1,642 | 18,172 | 0 | 0 | 36,362 | 36,362 | | | | 0 |
| | **COMPUTER SOFTWARE** | | | | | | | | | | | | | | | |
| 30 | VARIOUS SOFTWARE | 7/01/03 | | 3,508 | | | | | | | 3,508 | 3,508 | S/L HY | 5 | | 0 |
| 31 | ENTERPRISE SOFTWARE | 6/01/05 | | 3,735 | | | | | | | 3,735 | 3,735 | S/L HY | 3 | | 0 |
| 32 | EVEREST SOFTWARE | 12/18/06 | | 20,244 | | | | | | | 20,244 | 20,244 | S/L HY | 3 | | 0 |
| 33 | EVEREST SOFTWARE | 6/19/08 | | 975 | | | | | | | 975 | 975 | S/L HY | 3 | | 0 |
| 34 | COMPUTER SOFTWARE | 7/01/09 | | 5,179 | | | | | | | 5,179 | 5,179 | S/L HY | 3 | | 0 |
| 35 | COMPUTER SOFTWARE | 7/01/10 | | 3,183 | | | | | | | 3,183 | 3,183 | S/L HY | 3 | | 0 |
| 36 | COMPUTER SOFTWARE | 7/01/13 | | 2,362 | | | | | | | 2,362 | 2,362 | S/L HY | 3 | | 0 |
| 37 | COMPUTER SOFTWARE | 8/25/14 | | 342 | | | | | | | 342 | 342 | 200DB HY | 5 | .05760 | 0 |
| 83 | OUTERBOX | 1/08/19 | | 15,000 | | | 15,000 | | | | 0 | | S/L HY | 3 | .16670 | 0 |
| 84 | MY CHOICE SOFTWARE | 3/20/19 | | 1,638 | | | 1,638 | | | | 0 | | S/L HY | 3 | .16670 | 0 |
| 85 | CLOUD9 ERP SOLUTIONS | 12/01/19 | | 972 | | | 972 | | | | 0 | | S/L HY | 3 | .16670 | 0 |
| | TOTAL COMPUTER SOFTWARE | | | 57,138 | | 0 | 17,610 | 0 | 0 | 0 | 39,528 | 39,528 | | | | 0 |
| | **FURNITURE AND FIXTURES** | | | | | | | | | | | | | | | |

| 12/31/19 | | | | | | | | 2019 FEDERAL DEPRECIATION SCHEDULE | | | | | | | | PAGE 3 |

**WILDFIRE, INC.**

95-4255595

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP. DEPR. | PRIOR DFC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | FIXTURES & EQUIPMENT | 1/01/97 | | 1,395 | | | | | | | 1,395 | 1,395 | 200DB HY | 7 | | 0 |
| 39 | TV - DEMO ROOM | 9/28/00 | | 487 | | | | | | | 487 | 487 | S/L | 10 | | 0 |
| 40 | VIDEO PROJECTOR | 8/14/01 | | 2,800 | | | | | | | 2,800 | 2,800 | S/L | 10 | | 0 |
| 41 | FURNITURE & FIXTURES | 9/10/04 | | 8,032 | | | | | | | 8,032 | 8,032 | S/L | 7 | | 0 |
| 42 | FURNITURE & FIXTURES | 10/27/05 | | 3,389 | | | | | | | 3,389 | 3,389 | 200DB HY | 5 | | 0 |
| 43 | FIXTURE CASE | 9/29/06 | | 2,436 | | | | | | | 2,436 | 2,436 | 200DB HY | 5 | | 0 |
| 44 | DESKS | 10/15/06 | | 4,741 | | | | | | | 4,741 | 4,741 | 200DB HY | 5 | | 0 |
| 45 | PHONE SYSTEM | 10/01/06 | | 4,889 | | | | | | | 4,889 | 4,889 | 200DB HY | 5 | | 0 |
| 46 | CANON DIGITAL CAMERA | 8/17/07 | | 580 | | | | | | | 580 | 580 | 200DB HY | 5 | | 0 |
| 47 | FURNITURE & FIXTURES | 7/01/10 | | 14,122 | | | | | | | 14,122 | 14,122 | 200DB HY | 5 | | 0 |
| 48 | BIN UNIT | 8/05/12 | | 508 | | | | | | | 508 | 508 | 200DB HY | 5 | | 0 |
| 49 | BOOTH SIGN | 9/30/15 | | 927 | | | | 927 | | | 0 | | 200DB HY | 5 | | 0 |
| 50 | FURNITURE & FIXT | 2/23/15 | | 664 | | | | 664 | | | 0 | | 200DB HY | 5 | | 0 |
| 51 | SECURITY EQUIPMENT | 5/12/16 | | 2,037 | | | | 2,037 | | | 0 | | 200DB HY | 5 | | 0 |
| 52 | EXHIBIT COUNTER | 10/03/16 | | 3,450 | | | | 3,450 | | | 0 | | 200DB HY | 5 | | 0 |
| 53 | ROAD CASE | 10/10/16 | | 1,496 | | | | 1,496 | | | 0 | | 200DB HY | 5 | | 0 |
| 54 | FURNITURE & FIXTURES | 10/05/17 | | 589 | | | | 589 | | | 0 | | 200DB HY | 5 | | 0 |
| 55 | TRADE SHOW SIGN | 10/23/17 | | 1,598 | | | | 1,598 | | | 0 | | 200DB HY | 5 | | 0 |
| | TOTAL FURNITURE AND FIXTURE | | | 54,200 | | 0 | 0 | 10,761 | 0 | 0 | 43,439 | 43,439 | | | | 0 |
| | IMPROVEMENTS | | | | | | | | | | | | | | | |
| 56 | SHELVING | 11/01/06 | | 5,893 | | | | | | | 5,893 | 4,755 | S/L HY | 15 | .06670 | 393 |
| 57 | ALARM SYSTEM | 10/18/06 | | 1,119 | | | | | | | 1,119 | 909 | S/L HY | 15 | .06670 | 75 |
| 58 | TENANT IMPROVEMENTS | 11/01/06 | | 16,396 | | | | | | | 16,396 | 5,033 | S/L MM | 39 | .02564 | 420 |
| 59 | IMPROVEMENTS | 1/10/13 | | 723 | | | | | | | 723 | 113 | S/L MM | 39 | .02564 | 19 |
| | TOTAL IMPROVEMENTS | | | 24,131 | | 0 | 0 | 0 | 0 | 0 | 24,131 | 10,890 | | | | 907 |

**12/31/19**

## 2019 FEDERAL DEPRECIATION SCHEDULE

**WILDFIRE, INC.**

**PAGE 4**

95-4255595

| NO | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/BONUS/SP.DEPR | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 60 | SHOW CONTROLLER | 9/01/97 | | 2,356 | | | | | | | 2,356 | 2,356 | 200DB HY | 7 | | 0 |
| 61 | MACHINERY AND EQUIPMENT | 10/01/99 | | 3,737 | | | | | | | 3,737 | 3,737 | 200DB HY | 7 | | 0 |
| 62 | RUTLAND DRILL PRESS | 3/20/00 | | 429 | | | | | | | 429 | 429 | S/L | 10 | | 0 |
| 63 | UNIVERSAL VOLATAGE POWER | 8/03/00 | | 4,325 | | | | | | | 4,325 | 4,325 | S/L | 10 | | 0 |
| 64 | SQUARING MACHINE | 3/07/03 | | 1,200 | | | | | | | 1,200 | 1,200 | S/L | 7 | | 0 |
| 65 | MACHINERY & EQUIPMENT | 11/01/05 | | 3,588 | | | | | | | 3,588 | 3,588 | 200DB HY | 5 | | 0 |
| 66 | INFOGATE SYSTEM | 3/05/08 | | 975 | | | | | | | 975 | 975 | 200DB HY | 5 | | 0 |
| 67 | 6 CHANNEL HYBRID DMX PACK | 9/24/08 | | 363 | | | | | | | 363 | 363 | 200DB HY | 5 | | 0 |
| 68 | MACHINERY AND EQUIPMENT | 7/01/70 | | 526 | | | | | | | 526 | 526 | 200DB HY | 5 | | 0 |
| 69 | MACHINERY AND EQUIPMENT | 7/01/11 | | 8,934 | | | | | | | 8,934 | 8,934 | 200DB HY | 5 | | 0 |
| 70 | MACHINERY AND EQUIPMENT | 7/01/12 | | 14,126 | | | | | | | 14,126 | 14,126 | 200DB HY | 5 | | 0 |
| 71 | MACHINERY AND EQUIPMENT | 7/01/13 | | 34,828 | | | | | | | 34,828 | 34,828 | 200DB HY | 5 | | 0 |
| 72 | TOOL HAND CRIMP | 8/25/14 | | 967 | | | | | | | 967 | 967 | 200DB HY | 5 | .05760 | 0 |
| 73 | MACHINING TOOL | 10/17/14 | | 2,250 | | | | | | | 2,250 | 2,250 | 200DB HY | 5 | .05760 | 0 |
| 74 | LABEL DIE CUT TOOLING | 10/30/14 | | 565 | | | | | | | 565 | 565 | 200DB HY | 5 | .05760 | 0 |
| 75 | MACHINING TOOL | 12/11/14 | | 2,250 | | | | | | | 2,250 | 2,250 | 200DB HY | 5 | .05760 | 0 |
| 76 | ADHESIVE DIE TOOLING | 5/12/15 | | 278 | | | | | | | 278 | 278 | 200DB HY | 5 | .11520 | 0 |
| 77 | EXTRUSION TOOL | 4/21/15 | | 2,982 | | | | | | | 2,982 | 2,982 | 200DB HY | 5 | .11520 | 0 |
| 78 | TIME CLOCK | 2/02/16 | | 425 | | | | | | | 425 | 425 | 200DB HY | 5 | .11520 | 0 |
| 79 | THERMO COOL | 1/08/19 | | 900 | | | 900 | | | | 0 | | 200DB HY | 5 | .20000 | 0 |
| 80 | PINNACLE PRECISION SHEET | 11/14/19 | | 980 | | | 980 | | | | 0 | | 200DB HY | 5 | .20000 | 0 |
| 86 | FORK LIFT | 3/14/19 | | 11,498 | | | 11,498 | | | | 0 | | 200DB HY | 5 | .20000 | 0 |
| | TOTAL MACHINERY AND EQUIPME | | | 98,462 | | 0 | 13,358 | | 0 | 0 | 85,104 | 85,104 | | | | 0 |
| | TOTAL DEPRECIATION | | | 293,107 | | 0 | 32,610 | 28,933 | 0 | 0 | 228,564 | 215,313 | | | | 907 |

12/31/19

# 2019 FEDERAL DEPRECIATION SCHEDULE

## WILDFIRE, INC.

PAGE 5

95-4255595

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP. DEPR | PRIOR DEC. BAL. DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL DEPRECIATION | | | 230,107 | | 0 | 32,610 | 28,933 | 0 | 0 | 228,554 | 215,313 | | | | 507 |